**Fill in this information to Identify the case:**

United States Bankruptcy Court for the:

_____ District of **Massachusetts**
(State)

Case number *(if known)*: _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: **Legacy Global Sports, L.P.**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

   ☑ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. Debtor's address

   **Principal place of business**

   **77 Sleeper Street**
   Number    Street

   **Boston**     **MA**    **02210**
   City          State   ZIP Code

   **Suffolk**
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City     State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City     State   ZIP Code

Official Form 205              Involuntary Petition Against a Non-Individual              page 1

Debtor   Legacy Global Sports, L.P.                         Case number (if known) _____
       Name

6. **Debtor's website** (URL)   www.legacyglobalsports.com

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☑ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____  Date filed _____  Case number, if known _____
                            MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____  Date filed _____  Case number, if known _____
                            MM / DD / YYYY

**Part 3: Report About the Case**

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Legacy Global Sports, L.P.

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pro Hockey Development (2015), Inc. | Unpaid refund due under contract for tournament cancellation | $133,000 |
| Bay State Hockey, LLC d/b/a/Junior Bruins Hockey | Unpaid hotel booking fees due | $28,575.95 |
| Super Series AAA, LLC | Unpaid refund due for tournament that was never held | $23,000 |
| | Total of petitioners' claims (See attached for additional petitioners' claims, which are included in total) | $202,142.47 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519 and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Pro Hockey Development (2015), Inc.
*Name*

24 Bluff Trail
*Number  Street*

Nobleton   Ontario   L7B 0A1
*City   State   ZIP Code*

Name and mailing address of petitioner's representative, if any

Vickie Hofford
*Name*

24 Bluff Trail
*Number  Street*

Nobleton   Ontario   L7B 0A1
*City   State   ZIP Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/19/2020
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Joseph S.U. Bodoff
*Printed name*

Rubin and Rudman LLP
*Firm name, if any*

53 State Street
*Number  Street*

Boston   MA   02109
*City   State   ZIP Code*

Contact phone  617-330-7038   Email  jbodoff@rubinrudman.com

Bar number  549116

State  MA

X _____
Signature of attorney

Date signed  05/20/2020
MM / DD / YYYY

Debtor: Legacy Global Sports, L.P.

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Bay State Hockey, LLC d/b/a/Junior Bruins Hockey
Number Street: 121 Donald Lynch Blvd.
City: Marlborough    State: MA    ZIP Code: 01752

**Name and mailing address of petitioner's representative, if any**

Name: Christopher Masters
Number Street: 121 Donald Lynch Blvd.
City: Marlborough    State: MA    ZIP Code: 01752

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5.19.20 (MM/DD/YYYY)

x _[signed]_ M — CO-OWNER
Signature of petitioner or representative, including representative's title

Printed name: Joseph S.U. Bodoff
Firm name, if any: Rubin and Rudman LLP
Number Street: 53 State Street
City: Boston    State: MA    ZIP Code: 02109
Contact phone: 617-330-7038    Email: jbodoff@rubinrudman.com
Bar number: 549116
State: MA

x _[signed]_
Signature of attorney
Date signed: 05/20/2020

---

**Name and mailing address of petitioner**

Name: Super Series AAA, LLC
Number Street: 7250 Woodmont Ave, Suite 210
City: Bethesda    State: MD    ZIP Code: 20814

**Name and mailing address of petitioner's representative, if any**

Name: Jeremy Dallow
Number Street: 7250 Woodmont Ave, Suite 210
City: Bethesda    State: MD    ZIP Code: 20814

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

x _____
Signature of petitioner or representative, including representative's title

Printed name: Joseph S.U. Bodoff
Firm name, if any: Rubin and Rudman LLP
Number Street: 53 State Street
City: Boston    State: MA    ZIP Code: 02109
Contact phone: 617-330-7038    Email: jbodoff@rubinrudman.com
Bar number: 549116
State: MA

x _____
Signature of attorney
Date signed: _____ (MM/DD/YYYY)

Debtor: Legacy Global Sports, L.P.

Case number (if known): _____

**Name and mailing address of petitioner**

Bay State Hockey, LLC d/b/a/Junior Bruins Hockey
Name

121 Donald Lynch Blvd.
Number  Street

Marlborough    MA    01752
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Christopher Masters
Name

121 Donald Lynch Blvd.
Number  Street

Marlborough    MA    01752
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Joseph S.U. Bodoff
Printed name

Rubin and Rudman LLP
Firm name, if any

53 State Street
Number  Street

Boston    MA    02109
City    State    ZIP Code

Contact phone 617-330-7038    Email jbodoff@rubinrudman.com

Bar number 549116

State MA

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Super Series AAA, LLC
Name

7250 Woodmont Ave, Suite 210
Number  Street

Bethesda    MD    20814
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jeremy Dallow
Name

7250 Woodmont Ave, Suite 210
Number  Street

Bethesda    MD    20814
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/20
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

---

Joseph S.U. Bodoff
Printed name

Rubin and Rudman LLP
Firm name, if any

53 State Street
Number  Street

Boston    MA    02109
City    State    ZIP Code

Contact phone 617-330-7038    Email jbodoff@rubinrudman.com

Bar number 549116

State MA

✗ [signature]
Signature of attorney

Date signed 05/20/2020
MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor: Legacy Global Sports, L.P.

Case number (if known): _____

**Name and mailing address of petitioner**

Name: KMD Hockey, LLC d/b/a Rhode Island Sports Center
Number Street: 1186 Eddie Dowling Highway
City: North Smithfield    State: RI    ZIP Code: 02896

**Name and mailing address of petitioner's representative, if any**

Name: Dan Fawcett
Number Street: 1186 Eddie Dowling Highway
City: North Smithfield    State: RI    ZIP Code: 02896

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/2020

Signature of petitioner or representative, including representative's title

Printed name: Joseph S.U. Bodoff
Firm name, if any: Rubin and Rudman LLP
Number Street: 53 State Street
City: Boston    State: MA    ZIP Code: 02109
Contact phone: 617-330-7038    Email: jbodoff@rubinrudman.com
Bar number: 549116
State: MA

Date signed: 05/20/2020

---

**Name and mailing address of petitioner**

Name: Lynch Hockey, LLC
Number Street: 25 Andrew Ferland Way
City: Pawtucket    State: RI    ZIP Code: 02860

**Name and mailing address of petitioner's representative, if any**

Name: Dan Fawcett
Number Street: 25 Andrew Ferland Way
City: Pawtucket    State: RI    ZIP Code: 02860

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/2020

Signature of petitioner or representative, including representative's title

Printed name: Joseph S.U. Bodoff
Firm name, if any: Rubin and Rudman LLP
Number Street: 53 State Street
City: Boston    State: MA    ZIP Code: 02109
Contact phone: 617-330-7038    Email: jbodoff@rubinrudman.com
Bar number: 549116
State: MA

Date signed: 05/20/2020

DEBTOR:   Legal Global Sports, L.P.                                          CASE NO.:

13. Continued – Each petitioner's claim

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the Claim Above the Value of Anv Lien |
|---|---|---|
| KMO Hockey LLC d/b/a Rhode Island Sports Center | Unpaid ice rink rental cost | $8,783.26 |
| Lynch Hockey, LLC | Unpaid ice rink rental cost | $8,783.26 |
| Subtotal from page 3 | | $184,575.95 |
| | **TOTAL OF PETITIONERS' CLAIMS** | **$202,142.47** |

(continued from page 3)