UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Legacy Global Sports, L.P. ,
        Debtor

Chapter: 7
Case No: 20–11157
Judge Janet E. Bostwick

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **MAY 20, 2020** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of Clerk:

          U. S. Bankruptcy Court
          J.W. McCormack Post Office & Court House
          5 Post Office Square, Suite 1150
          Boston, MA 02109–3945

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

      Name and Address of Petitioners' Attorney:

          Joseph S.U. Bodoff
          Rubin and Rudman LLP
          53 State Street
          Boston, MA 02109

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date:5/21/2020

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

<u>Cynthia Martin</u>
Deputy Clerk
(617) 748– 5323



Chapter 7
Case Number: 20–11157
Judge Janet E. Bostwick

## CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                                            _____
Date                                                                                                  Signature

```
_____
Print Name
_____
Business Address
_____
City              State        Zip
```