UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:  Legacy Global Sports, L.P.,
        Debtor

Chapter: 7
Case No: 20-11157
Judge Janet E. Bostwick

---

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **MAY 20, 2020** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:

U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

Name and Address of Petitioners' Attorney:

Joseph S.U. Bodoff
Rubin and Rudman LLP
53 State Street
Boston, MA 02109

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: 5/21/2020

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

Cynthia Martin
Deputy Clerk
(617) 748– 5323



Chapter 7
Case Number: 20-11157
Judge Janet E. Bostwick

## CERTIFICATE OF SERVICE

I, __KEVIN S DUNN_____ (name), certify that on __5/22/2020____ (date), I served this summons and a copy of the involuntary petition on __LEGACY GLOBAL SPORTS, LP__ (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]:
C/O THE CORPORATION TRUST CO 1209 ORANGE ST. WILMINGTON DE. ACCEPTED BY: Amy Mclaren

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

____5/22/2020____
Date

_____
Signature

| Print Name | KEVIN S DUNN |
|---|---|
| Business Address | PO BOX 1360 |
| | WILMINGTON DE 19899 |
| City    State    Zip | 302-475-2600 |