UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| LEGACY GLOBAL SPORTS, L.P., | : | CHAPTER 7 |
| | : | CASE NO. 20-11157-JEB |
| Alleged Debtor. | : | |
| | : | |
| | : | |

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

Pursuant to FED. R. BANKR. P. 2002, the undersigned hereby enters his appearance for the alleged debtor and requests that all matters which must be noticed to creditors, any creditors' committee, and any other party-in-interest, whether sent by the Court or any other party in the case, be sent to the undersigned.

Respectfully Submitted,

/s/ Daniel C. Cohn
Daniel C. Cohn, Esq., BBO #090780
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
617.457.4000
dcohn@murthalaw.com

DATED:   June 16, 2020

10818274v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| LEGACY GLOBAL SPORTS, L.P., | : CHAPTER 7 |
| | : CASE NO. 20-11157-JEB |
| Alleged Debtor. | : |

## **CERTIFICATE OF SERVICE**

I, Daniel C. Cohn, hereby certify that on the 16th day of June, 2020, a copy of the Notice of Appearance and Request for Service of Papers was served through the Court's electronic filing system on all parties registered to receive electronic notice.

/s/ Daniel C. Cohn
Daniel C. Cohn, Esq., BBO #090780
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
617.457.4000
dcohn@murthalaw.com