

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>LEGACY GLOBAL SPORTS, L.P.,<br>    Debtor | Ch. 7<br><br>20-11157-JEB |

### Order re: #40 Motion filed by Debtor Legacy Global Sports, L.P.
### To File Portions of Schedules and Creditor Matrix Under Seal

The Court will hold a telephonic hearing on the Debtors' Motion to File Portions of Schedules and Creditor Matrix under Seal (the "Motion") on **June 26, 2020 at 10:30 a.m.**

Because of the concerns about COVID-19, all participants, including attorneys, the Debtor(s), witnesses, affiants, and other attendees shall appear by telephone, and may not appear in person. To appear telephonically, attendees shall, 10 minutes before the appointed time of hearing, dial **(877) 336-1839 and enter access code 1378281#**.

The Debtor shall give notice of the Motion and hearing by (i) serving copies of the Motion and this order on the Chapter 7 Trustee, the United States Trustee, and all parties having filed an appearance, by electronic mail or other method designed to provide immediate notice, or (ii) giving telephonic notice of the hearing date and the contents of the Motion followed by service of copies of the Motion and this Order by first class mail, postage prepaid. The Debtor shall file a certificate of such service by **June 24, 2020**.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 6/23/2020