UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
-------------------------------------------------------------x
In re:                                          :    Chapter 7
                                                :
LEGACY GLOBAL SPORTS, L.P.,                     :    Case No. 20-11157 (JEB)
                                                :     (Involuntary)
                                                :
                                                :
                      Debtor.                   :
-------------------------------------------------------------x
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel of record for Jefferson River Investors I LLC.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on the undersigned at the addresses set forth below:

> Christopher J. Battaglia, Esq.
> Debra J. Cohen, Esq.
> **HALPERIN BATTAGLIA BENZIJA, LLP**
> 40 Wall Street, 37th Floor
> New York, NY 10005
> cbattaglia@halperinlaw.net
> dcohen@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above referenced case and all proceedings therein.

Dated:  June 24, 2020

HALPERIN BATTAGLIA BENZIJA, LLP

<u>/s/ Christopher J. Battaglia</u>
Christopher J. Battaglia, Esq., BBO #634404
Debra J. Cohen, Esq.
40 Wall Street, 37th Floor
New York, NY  10005
Telephone: (212) 765-9100
cbattaglia@halperinlaw.net
dcohen@halperinlaw.net
