

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>LEGACY GLOBAL SPORTS, L.P.,<br>    Debtor | Ch. 7<br><br>20-11157-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#40 Motion filed by Debtor Legacy Global Sports, L.P. To File Portions of Schedules and Creditor Matrix Under Seal

**Decision set forth more fully as follows:**

Hearing held. For the reasons set forth on the record, the hearing is continued to **July 1, 2020 at 2:30 p.m.** By **June 29, 2020**, the Debtor shall file a supplement to the motion including (i) one or more combined notices of the Section 341 meeting for this debtor and the related debtors substantially in the form of Official Form 309D; and (ii) a proposed order on the Motion. Since the proof of claim deadline is not the same in each of these related cases, the combined notice should clarify which deadline applies to a particular case.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 6/26/2020