UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | CASE NOS. |
| LEGACY GLOBAL SPORTS, L.P., | : | 20-11157-JEB |
| LGS MANAGEMENT, LLC, | : | 20-11351 |
| LGS MANUFACTURING, LLC, | : | 20-11352 |
| LEGACY GLOBAL LACROSSE, LLC, | : | 20-11353 |
| LGS LOGISTICS, LLC, | : | 20-11354 |
| LGS TEAM SALES, LLC, | : | 20-11355 |
| PREMIER SPORTS EVENTS, LLC, | : | 20-11356 |
| MASSACHUSETTS PREMIER SOCCER, LLC, | : | 20-11357 |
| MAINE PREMIER SOCCER, LLC, | : | 20-11358 |
| MASS PREMISER SOCCER IN NEW HAMPSHIRE, LLC, | : | 20-11359 |
| FLORIDA PREMIER SOCCER, LLC, | : | 20-11360 |
| NEW YORK PREMIER SOCCER, LLC, | : | 20-11361 |
| JERSEY PREMIER SOCCER, LLC, | : | 20-11362 |
| GPS IN VERMONT, LLC, | : | 20-11363 |
| RHODE ISLAND PREMIER SOCCER, LLC, | : | 20-11364 |
| CAROLINA PREMIER SOCCER, LLC, | : | 20-11365 |
| GEORGIA PREMIER SOCCER, LLC, | : | 20-11366 |
| GLOBAL PREMIER SOCCER PUERTO RICO, LLC, | : | 20-11367 |

| | | |
|---|---|---|
| GLOBAL PREMIER SOCCER CANADA, LLC, | : | 20-11368 |
| | : | |
| GLOBAL PREMIER SOCCER OREGON, LLC, | : | 20-11369 |
| | : | |
| GLOBAL PREMIER SOCCER CALIFORNIA, LLC, | : | 20-11370 |
| | : | |
| GLOBAL PREMIER SOCCER MISSOURI, LLC, | : | 20-11371 |
| | : | |
| GLOBAL PREMIER SOCCER CONNECTICUT, LLC, | : | 20-11372 |
| | : | |
| GLOBAL PREMIER SOCCER DELAWARE, LLC, | : | 20-11373 |
| | : | |
| GLOBAL PREMIER SOCCER MICHIGAN, LLC, | : | 20-11374 |
| | : | |
| GLOBAL PREMIER SOCCER MINNESOTA, LLC, | : | 20-11375 |
| | : | |
| GLOBAL PREMIER SOCCER OHIO, LLC, | : | 20-11376 |
| | : | |
| Debtors, | : | |
| | : | |

## ORDER ON DEBTORS' MOTION TO FILE PORTIONS OF SCHEDULES AND CREDITOR MATRIX UNDER SEAL

This Court having considered the Motion of Legacy Global Sports, L.P. and its above captioned debtor subsidiaries (the "Debtors"), for an order allowing the Debtors to file under seal the portions of their schedules of assets and liabilities, and the accompanying creditor matrix, consisting of names and addresses of the Debtors' former employees and customers [Case No. 20-11157, Docket No. 40] (the "Motion"), the assent of the Chapter 7 Trustee to the Motion, and other statements made on the record at the hearing on the Motion on June 26, 2020; no objections to the Motion having been filed; the Court having determined that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core

proceeding within the meaning of 28 U.S.C. § 157(b)(2), (c) the relief requested herein is authorized pursuant to Bankruptcy Code sections 105(a), 107(b)(1), and Bankruptcy Rule 9018; and (d) notice of the Motion was due and proper; and it appearing that the relief granted by this Order is in the best interests of the Debtors, their respective estates and creditors; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are permitted to file under seal the portions of their schedules of assets and liabilities, and the accompanying creditor matrix, consisting of the names and addresses of the Debtors' former employees and customers (the "Sealed Creditors").

3. Because the Bankruptcy Noticing Center is unable to provide notice of this case to the Sealed Creditors, the Debtors' counsel is authorized and directed to serve the Sealed Creditors with written notice of the Debtors' chapter 7 cases in the form of the notice annexed hereto as <u>Exhibit A</u> (the "Notice").

4. The Notice may be served on the Sealed Creditors via e-mail to the extent the Debtors have determined that they have a valid e-mail address for any Sealed Creditor and have supplied such address to their counsel; if not successfully served by e-mail, the Notice shall be served via first class mail, postage prepaid. Following service of the Notice, Debtors' counsel shall file a certificate of service under seal indicating that, and specifying the method by which. service was made on each of the Sealed Creditors.

5. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

SO ORDERED:

Dated: _____, 2020        Hon. Janet E. Bostwick
                                      UNITED STATES BANKRUPTCY JUDGE

# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| LEGACY GLOBAL SPORTS, L.P., *et al.* ) | CHAPTER 7 |
| ) | CASE NO. 20-11157; and |
| ) | 20-11351 through 20-11376 |
| Debtors. ) | |
| ) | |

### NOTICE OF CHAPTER 7 BANKRUPTCY CASE – PROOF OF CLAIM DEADLINE SET

**For each of the debtors listed below, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read this notice carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).
-----------------------------------------------------------------------------------------------------------------------------------
**The staff of the bankruptcy clerk's office cannot give legal advice.**
-----------------------------------------------------------------------------------------------------------------------------------
**Do not file this notice with any proof of claim or other document in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| **Debtor's Full Name** | **Address** | **Case No.** | **Proof of Claim Deadline** |
|---|---|---|---|
| Legacy Global Sports L.P. | 77 Sleeper Street<br>Boston, MA 02210 | 20-11157 | 9/21/20 |
| LGS Management, LLC | 77 Sleeper Street<br>Boston, MA 02210 | 20-11351 | 8/31/20 |
| LGS Manufacturing LLC | 77 Sleeper Street<br>Boston, MA 02210 | 20-11352 | 8/31/20 |
| Legacy Global Lacrosse LLC | 77 Sleeper Street<br>Boston, MA 02210 | 20-11353 | 8/31/20 |
| LGS Logistics LLC | 77 Sleeper Street<br>Boston, MA 02210 | 20-11354 | 8/31/20 |
| LGS Team Sales LLC | 77 Sleeper Street<br>Boston, MA 02210 | 20-11355 | 8/31/20 |
| Premier Sports Events LLC | 77 Sleeper Street<br>Boston, MA 02210 | 20-11356 | 8/31/20 |
| Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer | 85 Central St<br>Waltham, MA 02453 | 20-11357 | 8/31/20 |
| Maine Premier Soccer LLC | 426 Bridge Street<br>Westbrook, ME 04902 | 20-11358 | 8/31/20 |

| | | | |
|---|---|---|---|
| Mass Premier Soccer in New Hampshire LLC | 360 Route 101Unit 14C Bedford, NH 03110 | 20-11359 | 8/31/20 |
| Florida Premier Soccer LLC | 933 Lee Rd, Suite 401 Orlando, FL 32810 | 20-11360 | 8/31/20 |
| New York Premier Soccer LLC | 557 East Ridge Road Buffalo, NY 14221 | 20-11361 | 8/31/20 |
| Jersey Premier Soccer LLC | 20 East Roosevelt Blvd Suite A Wall, NJ 07719 | 20-11362 | 8/31/20 |
| GPS in Vermont LLC | 360 Route 101Unit 14C Bedford, NH 03110 | 20-11363 | 8/31/20 |
| Rhode Island Premier Soccer LLC | 547 Mt. Pleasant Avenue Providence, RI 02908 | 20-11364 | 8/31/20 |
| Carolina Premier Soccer LLC | 706 Orleans Road Charleston, SC 29407 | 20-11365 | 8/31/20 |
| Georgia Premier Soccer LLC | 2640 Mathews St Atlanta, GA 30339 | 20-11366 | 8/31/20 |
| Global Premier Soccer Puerto Rico LLC | El Mirador de Cupey C/7 I-9 San Juan, PR 926 | 20-11367 | 8/31/20 |
| Global Premier Soccer Canada LLC | 3399 Castlerock Place, Unit 25 London, ON N6L 0C8 | 20-11368 | 8/31/20 |
| Global Premier Soccer Oregon LLC | 9011 SW Beaverton Hillsdale Hwy Beaverton, OR 97225 | 20-11369 | 8/31/20 |
| Global Premier Soccer California LLC | 4148 Ocean View Blvd Montrose, CA91020 | 20-11370 | 8/31/20 |
| Global Premier Soccer Missouri, LLC | 700 Bent Oak Court Saint Louis, MO 63367 | 20-11371 | 8/31/20 |
| Global Premier Soccer Connecticut LLC | 85 Central St Waltham, MA 02453 | 20-11372 | 8/31/20 |
| Global Premier Soccer Delaware LLC | 410 N Ramunno Drive, Unit 702 Middleton, DE 19709 | 20-11373 | 8/31/20 |
| Global Premier Soccer Michigan LLC | 6431 Pine Hollow Dr East Lansing, MI 48823 | 20-11374 | 8/31/20 |
| Global Premier Soccer Minnesota LLC | 1700 105th Ave NE Blaine, MN 55449 | 20-11375 | 8/31/20 |
| Global Premier Soccer Ohio LLC | 7160 Seymour Street NW Massilon, OH 44646 | 20-11376 | 8/31/20 |

| | | |
|---|---|---|
| **Debtors' attorney** Name and address | Jonathan Horne Murtha Cullina LLP 99 High Street Boston, MA 02210 | Contact phone (617) 457-4085 Email: jhorne@murthalaw.com |
| **Bankruptcy Trustee** Name and address | Harold B. Murphy Murphy & King, P.C. One Beacon Street Boston, MA 02108-3107 | Contact phone (617) 423-0400 Email: mxc@hanify.com |
| **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court J.W. McCormack Post Office & Court House 5 Post Office Square, Suite 1150 Boston, MA 02109−3945 | Hours open Monday−Friday 8:30am−5:00pm Contact phone 617−748−5300 Date: 6/25/20 |
| **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | Originally scheduled meeting date: **July 30, 2020 at 10:00 AM** The meeting of creditors has been rescheduled to: **August 27, 2020 at 10:30a.m.** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting will be held TELEPHONICALLY** |

2

| | |
|---|---|
| **The dial−in number and participant code for the telephonic section 341 meeting of creditors will be posted to the docket within 14 days prior to the meeting. You may also contact the trustee for dial−in information.** | |
| **Deadlines**<br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **Deadline for creditors (except governmental units) to file a proof of claim: see above for each debtor.**<br><br>**Deadline for governmental units to file a proof of claim: Filing deadline:** 180 days from the date the bankruptcy petition was filed.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office or printed from the courts website at www.mab.uscourts.gov/mab/creditorinformation. You may also file your claim electronically through the court's website at www.mab.uscourts.gov.<br><br>· If you do not file a proof of claim against the correct debtor by the deadline listed, you might not be paid any money on your claim.<br><br>· **To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.**<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **Deadline to file §503(b)(9) requests** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the bankruptcy clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors. |
| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| **Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |

3