**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 7** |
| **LEGACY GLOBAL SPORTS, L.P.,**[1] | ) **Case No. 20-11157-JEB; and** |
| | ) **20-11351 through 20-11376** |
| Debtor. | ) *Request for Joint Administration* |
| | ) *Pending* |

## APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER
## AUTHORIZING RETENTION OF COUNSEL

To the Honorable Janet E. Bostwick, United States Bankruptcy Judge:

Harold B. Murphy, the chapter 7 trustee (the "Trustee") of the bankruptcy estates (the "Estates") of Legacy Global Sport, LP ("LGS"), LGS Management, LLC, LGS Manufacturing, LLC, Legacy Global Lacrosse LLC, LGS Logistics LLC, LGS Team Sales LLC, Premier Sports Events LLC, Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, Maine Premier Soccer LLC, Mass Premier Soccer in New Hampshire, LLC, Florida Premier Soccer LLC, New York Premier Soccer LLC, Jersey Premier Soccer LLC, GPS in Vermont LLC, Rhode Island Premier Soccer LLC, Carolina Premier Soccer LLC, Georgia Premier Soccer LLC, Global Premier Soccer Puerto Rico LLC, Global Premier Soccer

---

[1] The affiliated debtors, along with the last four digits of each debtor's federal tax identification number, are as follows: (i) Legacy Global Sports, L.P., EIN #2834; (ii) LGS Management, LLC, EIN # 5401; (iii) LGS Manufacturing LLC, EIN #5305; (iv) Legacy Global Lacrosse LLC, EIN # 0161; (v) LGS Logistics LLC, EIN #6244; (vi) LGS Team Sales LLC, EIN # 6484; (vii) Premier Sports Events LLC, EIN #5407; (viii) Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, EIN # 6290; (ix) Maine Premier Soccer LLC, EIN #0740; (x) Mass Premier Soccer in New Hampshire, LLC, EIN #2958; (xi) Florida Premier Soccer LLC, EIN #0702; (xii) New York Premier Soccer LLC, EIN # 27-2451104; (xiii) Jersey Premier Soccer LLC, EIN # 0501; (xiv) GPS in Vermont LLC, EIN #3359; (xv) Rhode Island Premier Soccer LLC, EIN #2841; (xvi) Carolina Premier Soccer LLC, EIN # 46-1594047; (xvii) Georgia Premier Soccer LLC, EIN #1982; (xviii) Global Premier Soccer Puerto Rico LLC, EIN #1857; (xix) Global Premier Soccer Canada LLC, EIN # 6291; (xx) Global Premier Soccer Oregon, EIN #8242; (xxi) Global Premier Soccer California LLC, EIN #7811; (xxii) Global Premier Soccer Missouri, LLC, EIN #2782; (xxiii) Global Premier Soccer Connecticut, EIN # 6400; (xxiv) Global Premier Soccer Delaware, EIN # 4703; (xxv) Global Premier Soccer Michigan LLC, EIN # 0533; (xxvi) Global Premier Soccer Minnesota LLC, EIN # 5588; and (xxvii) Global Premier Soccer Ohio LLC, EIN #0022.

Canada LLC, Global Premier Soccer Oregon, Global Premier Soccer California LLC, Global Premier Soccer Missouri, LLC, Global Premier Soccer Connecticut, Global Premier Soccer Delaware, Global Premier Soccer Michigan LLC, Global Premier Soccer Minnesota LLC, and Global Premier Soccer Ohio LLC (collectively, the "Debtors"), respectfully requests that this Court enter an order authorizing the retention of the law firm of Murphy & King, Professional Corporation ("M&K"), as his counsel pursuant to Section 327 of the United States Bankruptcy Code, Fed. R. Bankr. P. 2014 and MLBR 2014-1.  In further support hereof, the Trustee states as follows:

1. On May 20, 2020, certain petitioning creditors filed an involuntary Chapter 7 petition for relief against LGS, and an order for relief was entered on June 23, 2020.

2. On June 23, 2020, each of the remaining debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. The Trustee is the duly appointed Chapter 7 Trustee of the Estates.

3. The Trustee requests authority to retain M&K as his attorneys under a general retainer for services to be rendered regarding the following:

    a. Consultation with the Trustee concerning all matters relating to the administration of the Estates;

    b. Providing assistance to the Trustee in preparing the motions, notices, complaints, and any other pleadings and documents that must be prepared or reviewed by an attorney and which are necessary to the administration of this case;

    c. Directing the activities of accountants or other professionals that are retained during these proceedings;

    d. Negotiating and documenting the sale of assets of the Debtors and preparing such motions and notices as are required in connection herewith;

e. Assisting the Trustee in determining the existence of avoidable transfers and pursuing the avoidance and recovery of such transfers;

f. Analyzing and determining the validity, status and priority of claims asserted against the Debtors' bankruptcy Estates; and

g. Performing all other legal services for the Trustee which may be appropriate in connection with this case.

4. M&K has substantial experience in bankruptcy proceedings and has the varied and substantial resources necessary to advise the Trustee in the performance of his duties with respect to this proceeding.

5. To the best of the Trustee's knowledge, information and belief, no member of M&K has any connection with the Debtors, the Debtors' creditors or any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee, except that M&K may have or had involvement with certain creditors or their counsel in unrelated proceedings. As is set forth in the affidavit filed herewith, each member of M&K is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

WHEREFORE, the Trustee respectfully requests that this Court issue an order authorizing the Trustee to retain M&K as his counsel, and granting to the Trustee such other and further relief this Court deems necessary.

        HAROLD B. MURPHY,
        CHAPTER 7 TRUSTEE

        By his proposed counsel,

        /s/ Kathleen R. Cruickshank
        Kathleen R. Cruickshank (BBO #550675)
        MURPHY & KING
        Professional Corporation
        One Beacon Street
        Boston, MA 02108
        Tel: (617) 423-0400
        Email: *kcruickshank@murphyking.com*

DATED:   July 13, 2020

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) **Chapter 7** |
| **LEGACY GLOBAL SPORTS, L.P.,** | ) Case No. 20-11157-JEB; and |
|  | ) 20-11351 through 20-11376 |
| Debtor. | ) *Request for Joint Administration* |
|  | ) *Pending* |

**AFFIDAVIT OF HAROLD B. MURPHY IN SUPPORT OF**
**APPLICATION BY CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING**
<u>**RETENTION OF COUNSEL**</u>

Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), MLBR 2014-1 and 28 U.S.C. § 1746, I, Harold B. Murphy, being duly sworn, hereby state as follows:

1.  I am a shareholder of the law firm of Murphy & King, Professional Corporation, One Beacon Street, Boston, Massachusetts ("<u>M&K</u>").  I make this affidavit (the "<u>Affidavit</u>") in connection with the *Application of Chapter 7 Trustee for Order Authorizing Retention of Counsel* (the "<u>Application</u>") in the above-referenced Chapter 7 proceeding.

2.  I am the duly appointed Chapter 7 Trustee (the "<u>Trustee</u>") in the above captioned case, having been appointed on June 24, 2020.

3.  I am generally familiar with the business of M&K and have made inquiry concerning the facts set forth herein prior to making this Affidavit.

4.  For purposes of this Affidavit, I have been provided with a copy of the above-captioned Debtors' Schedules and Statement of Financial Affairs and the matrix filed on the Debtors' dockets.  I have also been provided with the customer lists and employee lists, who may be creditors of the Estates, which names have been filed under seal.

5

5.   M&K maintains records of all of its clients, the matters on which it represents its clients, and the other parties which have a substantial role in such matters. M&K has reviewed such records and documents to determine M&K's connections with the Debtors.[2]

6.   Upon information and belief, in accordance with Fed. R. Bankr. P. 2014(a) and MLBR 2014-1, neither I nor any shareholder of M&K has any connections or relationships with the Debtors, their creditors, former employees, customers, or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, except as follows:

(i)   The Trustee regularly employs Verdolino & Lowey, P.C., his proposed accountants in these cases, on matters unrelated to these cases, including, among other things, cases in which he serves as Chapter 7 and Chapter 11 trustee, and in Chapter 11 cases in which Murphy & King, P.C. represent the debtor in possession;

(ii)  M&K has previously represented Hartford Insurance Company, an unsecured creditor in these cases, in matters unrelated to these cases, the most recent of which closed over ten years ago;

(iii) M&K previously represented Robert Half international, Inc., an affiliate of Robert Half Finance and Accounting, an unsecured creditor in these cases, in a matter unrelated to these cases, approximately twenty years ago;

(iv)  M&K previously represented Acton Boxborough Regional School District, an unsecured creditor in these cases, in a matter unrelated to these cases that closed approximately twenty years ago; and

(iv)  M&K previously represented Wheaton College, an unsecured creditor in these cases, in a matter unrelated to these cases, approximately twenty years ago.

7.   M&K does not represent, nor is it represented by, any other authorized professional specifically in connection with this case or on a regular basis or in connection with a substantial matter in another case.

---

[2] In reviewing its records and the relationships of its attorneys, M&K did not seek information as to whether any M&K attorney or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or similar public investment, securities of any party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest. If such relationship does exist, I do not believe it would impact upon my or M&K's disinterestedness or otherwise give rise to a finding that I or M&K hold an interest adverse to the Debtor or any party in interest.

6

8. Insofar as I have been able to ascertain, M&K, its shareholders, associates and I do not hold or represent any interest adverse to that of the Debtors' bankruptcy estates.

9. I believe that both M&K and I are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code. Furthermore, insofar as I have been able to ascertain, neither M&K, any shareholder or associate thereof, nor myself, is connected with any Bankruptcy Judge in the District of Massachusetts, or the United States Trustee or any person employed in the office of the United States Trustee, so as to render the retention of M&K as counsel to the Trustee inappropriate under Fed. R. Bankr. P. 5002(b).

10. M&K and I have conducted, and will continue to conduct, research into any relationships that M&K may have with the Debtors and their creditors, any accountants, attorneys or other professionals of the foregoing, and any other parties interested in this case. Although M&K has undertaken, and will continue to undertake, an investigation to identify any contacts with the Debtors or parties in interest, it is possible that such contacts have not been discovered. To the extent any such contacts are discovered, M&K will notify the Court by filing and serving a supplemental affidavit.

11. Any compensation, fee or allowance which may be claimed by me or by M&K will belong wholly to the law firm and will not be divided, shared or pooled, directly or indirectly, with any other person or firm.

12. Neither I nor M&K have been paid a retainer in this matter.

13. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

14. During the period of M&K's retention as counsel to the Trustee, neither I nor M&K will hold any interest adverse to the interest of the Debtors' estates, and will not cease to be a disinterested person, as defined in 11 U.S.C. § 101.

15. I have reviewed the provisions of MLBR 2016-1.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                                          /s/ Harold B. Murphy
                                                          Harold B. Murphy

DATED: July 13, 2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| LEGACY GLOBAL SPORTS, L.P. ) | Case No. 20-11157-JEB |
| ) | |
| Debtor. ) | |

## DECLARATION REGARDING ELECTRONIC FILING

I, Harold B. Murphy, hereby declare under penalty of perjury that all of the information contained in the *Affidavit of Harold B. Murphy in Support of Application by Chapter 7 Trustee for Order Authorizing Retention of Counsel*, filed electronically is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Affidavit. I understand that failure to file this DECLARATION may cause the Affidavit to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Signed: _____
Harold B. Murphy (BBO #326610)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: hmurphy@murphyking.com

DATED: July 13, 2020
782421

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **In re:** ) </br> ) </br> ) </br> **LEGACY GLOBAL SPORTS, L.P.,** ) </br> ) </br> **Debtor.** ) </br> ) | **Chapter 7** </br> **Case No.  20-11157-JEB; and** </br> **20-11351 through 20-11376** </br> *Request for Joint Administration Pending* |

**CERTIFICATE OF SERVICE**

I, Harold B. Murphy, hereby certify that on July 13, 2020, I caused a copy of the (1) *Application of Chapter 7 Trustee for Order Authorizing Retention of Counsel*; (2) *Affidavit of Harold B. Murphy in Support of Application by Chapter 7 Trustee for Order Authorizing Retention of Counsel*; and (3) *Declaration of Electronic Filing* to be served via this Court's CM/ECF system and/or by first class mail, postage prepaid, on the parties listed on the attached service list.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his proposed counsel,

/s/ Harold B. Murphy
Harold B. Murphy (BBO #326610)
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: kcruickshank@murphyking.com

DATED:  July 13, 2020
782421

**LEGACY GLOBAL SPORTS, L.P.**
**Case No. 20-11157-JEB**
**SERVICE LIST**

**BY CM/ECF:**

- Christopher J Battaglia    lgu@halperinlaw.net
- Joseph S.U. Bodoff    jbodoff@rubinrudman.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Daniel C. Cohn    dcohn@murthalaw.com, lmulvehill@murthalaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com

**BY FIRST CLASS MAIL:**

Lama Chebaclo
4511 Moorland Ave
Edina, MN 55424

Melanee Chmiel
11494 Balsam Way
Woodbury, MN 55129

Paula K. Jacobi
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

Jason Murphy
85 Candia Road
Manchester, NH 03109

The Siegfried Group, LLP
Leigh-Ann Raport, Senior Counsel
1201 N. Market Street, Ste 700
Wilmington, DE 19801

The Siegfried Group, LLP
c/o Richard G. Placey
Montgomery, McCracken, Walker & Rhoads,
1105 N. Market Street, Suite 1500
Wilmington, DE 19801

The Siegfried Group, LLP
c/o William J. Ulrich
Vice President, Legal & HR
1201 N. Market Street, Suite 700
Wilmington, DE 19801

Hartford Insurance Company
PO Box 660916
Dallas, TX 75266

Robert Half Finance & Accounting
PO Box 743295
Los Angeles, CA 90074-3295

Acton-Boxborough Regional School District
16 Charter Road
Acton, MA 01720

Wheaton College Department of Athletics
26 East Main Street
Norton, MA 02766