**Exhibit A**

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

CONTROL NUMBER 0436676

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER |
|---|---|---|---|---|
| 524KPX | 1809502816 | 040518 | N/N | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO. |
|---|---|---|---|---|---|
| 2018 | FORD | 4D | FOC | 1FADP3K28JL231022 | |

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 195 | 01/19/18 |

ODOMETER MESSAGE

OWNER/LESSEE

LSE GLOBAL PREMIER SOCCER OF OREGON
2925 SW WEST POINT AVE
PORTLAND OR 97225

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above **AND** all security interest holders have released interest, **one registered owner must sign and date here,** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) X

DATE

**To release interest in the vehicle, complete the reassignment on back of the title.**

SECURITY INTEREST HOLDER/LESSOR

HTD LEASING LLC
LSR CAB WEST LLC
PO BOX 105704
ATLANTA GA 30348

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST X

DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST X

DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (5-08) 524KPX 1FADP3K28JL231022 1809502816 C
3463 001 09 V1 T2 O3 S8 M1 P5 E0 M0 34

**Exhibit B**

DEAL
STK:

# MOTOR VEHICLE LEASE AGREEMENT

DATE 01/19/2018

1-800-727-7000

FORD CREDIT

www.fordcredit.com

LESSEE (and Co-Lessee) Name and Address (including County and Zip Code)
GLOBAL PREMIER SOCCER OREGON LLC
85 CENTRAL ST
WALTHAM MA 02453

LESSOR (Name and Address)
CAMERON FORD
12325 SW CANYON ROAD
BEAVERTON, OR 97005

"Finance Company" is FORD MOTOR CREDIT COMPANY The "Holder" is CAR WEST LLC and its assigns. By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of the WearCare Addendum, if any, attached to this lease.

If Your payment schedule is shown in Item 2(a), You entered into a "Monthly Payment Lease."
If Your payment schedule is shown in Item 2(b), You entered into an "Advance Payment Lease."

| New/Used | Mileage at Delivery | Year/Make/Model | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|
| NEW | 195 | 2018 FORD FOCUS | 1FADP3K20JL221022 | PERSONAL |

**1. Amount Due At Lease Signing or Delivery** (Itemized Below) *
$ 3750.00

**2. Payments**
**(a) Monthly Payments**
Your first monthly payment of $ 297.33 is due on 01/19/2018, followed by 35 payments of $ 297.33 due on the 19TH day of each month. The total of Your monthly payments is $ 10703.88.
**(b) Advance Payment**
Your Payment of $ N/A is due on N/A
The total of Your payment is $ N/A

**3. Other Charges** (not part of Your monthly payment)
Disposition fee (if You do not purchase the Vehicle) $ 395.00
N/A N/A
Total $ 395.00

**4. Total of Payments** (The amount You will have paid by the end of the lease)
$ 14551.66

* **Itemization of Amount Due at Lease Signing or Delivery**

**5. Amounts Due At Lease Signing or Delivery:**

| | |
|---|---|
| a. Capitalized cost reduction | $ 2996.67 |
| b. First monthly payment | 297.33 |
| c. Advance payment | N/A |
| d. Refundable security deposit | N/A |
| e. Title fees | 93.00 |
| f. Registration fees | 240.00 |
| g. Acquisition fee | N/A |
| h. N/A | N/A |
| i. UPFRONT TAXES | N/A |
| j. N/A | N/A |
| k. TITLE/REG PROC FEE | 116.00 |
| l. N/A | N/A |
| m. N/A | N/A |
| Total | $ 3750.00 |

**6. How the Amount Due At Lease Signing or Delivery will be paid:**

| | |
|---|---|
| a. Net trade-in allowance | $ N/A |
| b. Rebates and noncash credits | 2750.00 |
| c. Amount to be paid in cash | 1000.00 |
| d. N/A | N/A |
| Total | $ 3750.00 |

**7. Your payment is determined as shown below:**

| | | |
|---|---|---|
| a. **Gross capitalized cost.** The agreed upon value of the Vehicle ($ 21850.00) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (Itemized below - Item 19) ** | | $ 22604.25 |
| b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost | − | 2996.67 |
| c. **Adjusted capitalized cost.** The amount used in calculating Your base payment | = | 19607.58 |
| d. **Residual value.** The value of the Vehicle at the end of the lease used in calculating Your base payment | − | 9225.30 |
| e. **Depreciation and any amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term | = | 10382.28 |
| f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts | + | 321.60 |
| g. **Total of base payments.** The depreciation and any amortized amounts plus the rent charge | = | 10703.88 |
| h. **Lease payments.** The number of payments in Your lease | ÷ | 36 |
| i. **Base payment** | = | 297.33 |
| j. **Sales / Use tax** | + | N/A |
| k. N/A | + | N/A |
| l. N/A | + | N/A |
| m. **Total payment** | | $ 297.33 |
| n. **Lease term in months** | | 36 |

**Early Termination. You may have to pay a substantial charge if You end this lease early.** The charge may be up to several thousand dollars. **The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.**

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor $0.15 per mile for each mile in excess of 45195 miles shown on the odometer. See Items 23 and 26 on back and the WearCare Addendum, if any, attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0. N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**10. Purchase Option at End of Lease Term.** $ 9725.30 **plus official fees and taxes, and a reasonable documentary fee if allowed by law, is Your lease end purchase option price.** You have the option to purchase the Vehicle at the end of the lease term from a party designated by the Holder for the purchase option price if You are not in default.

**11. Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

**12. WARRANTY** The Vehicle is covered by any warranty indicated below:

[XX] Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle.
[ ] N/A

**13. OFFICIAL FEES AND TAXES** $ 1225.25
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**14. VEHICLE INSURANCE MINIMUMS** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000; and (b) collision and upset insurance with a maximum deductible of $1,000; and (c) automobile liability insurance with minimum limits for bodily injury or death of $ 25,000 for any one person and $ 50,000 for any one accident, and $ 20,000 for property damage. You will list the Holder as additional insured and loss payee under the insurance policy unless Lessor or Finance Company specifies otherwise. You must give Finance Company evidence of this insurance. (See Item 24 on back)

**LESSOR IS NOT PROVIDING VEHICLE OR LIABILITY INSURANCE**

**15. OPTIONAL INSURANCE** These coverages are not required to enter into this lease and will not be provided unless You sign below. If insurance is to be obtained by Lessor, the coverages are shown in a notice given to You this date and are for the term of this lease.

a. Credit Life Insurance $ N/A (Initial Coverage) $ N/A (Premium) ________ (Insured(s))
________ (Insurance Company)
Lessee: X N/A Co-Lessee: X N/A

b. Credit Disability Insurance $ N/A (Monthly Coverage) $ N/A (Premium) ________ (Insured(s))
________ (Insurance Company)
Lessee: X N/A Co-Lessee: X N/A

**16. LATE PAYMENTS** You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.0% of the full amount of the scheduled payment or $50.00 whichever is less.

**17. LESSOR SERVICES** N/A
(See Item 22 on back)

**18. Returned Check Charge** You agree to pay a returned check charge of $ 35.00 for each check, draft, or other order of payment that is dishonored for any reason.

****19. Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Acquisition Fee | Documentation Fee |
|---|---|---|---|---|---|---|
| $ 21850.00 | + $ 109.25 | + $ N/A | + $ N/A | + $ N/A | + $ 645.00 | + $ N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | Total Gross Capitalized Cost |
| + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ N/A | = $ 22604.25 |

## SIGNATURES AND IMPORTANT NOTICES

**Modification:** This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change to this lease must be in writing and signed by You and Finance Company.

Lessee: ~~GLOBAL PREMIER SOCCER OREGON LLC~~ By: [handwritten: Global Premier Soccer Oregon LLC By] [signature], member Title:

Co-Lessee: ________ By: X Title:

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

**NOTICE:** (1) Do not sign this lease before You read it or if it has any blank space to be filled in. (2) You have the right to get a filled-in copy of this lease. You acknowledge that You received a filled-in copy of this lease at the time You signed it and notice of an assignment of this lease by the Lessor to Holder.

Lessee: ________ By: [handwritten: Global Premier Soccer Oregon LLC by] [signature] member Title:

Co-Lessee: GLOBAL PREMIER SOCCER OREGON LLC By: X Title:

Lessor and Lessee are hereby notified that Holder has assigned to QI Exchange, in its capacity as Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the lease plan agreement between Lessor and Holder.

Lessor: ________ By: X [signature] Title:

FC 19000-R (ARR 10)
FC 19000 CAMERON FORD
Previous editions may NOT be used.

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

PLY 1 - ORIGINAL PLY 2 - LESSEE PLY 3 - LESSOR PLY 4 - CO-LESSEE/GUARANTOR

ORIGINAL

**Exhibit B**

## VEHICLE MAINTENANCE, INSURANCE AND USE

**20. VEHICLE USE AND SUBLEASING** You will not use, or permit others to use the Vehicle (a) in violation of any law, (b) contrary to the provisions of any insurance policy covering the Vehicle, (c) outside the state where first titled or registered for more than 30 days without Finance Company's written consent, (d) outside the United States, except for less than 30 days in Canada or Mexico or (e) as a private or public carrier. You will keep this lease and Vehicle free of all liens and encumbrances. **You will not assign or sublease any interest in the Vehicle or lease without Finance Company's written consent.**

**21. IMPLIED WARRANTIES If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by law.**

**22. VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle at Your own expense, using materials that meet the manufacturer's specifications. This includes following the owner's manual and maintenance schedule, documenting maintenance performed, and making all needed repairs. You are also responsible for all operating costs such as gas and oil. Lessor will provide the service(s), if any, identified in the Lessor Services section under the terms of a separate agreement. (See Lessor Services, Item 17)

**23. COLLISION REPAIR** You are responsible for repairs of All Damage that is not a result of normal wear and use. These repairs include, but are not limited to, those necessary to return the Vehicle to its pre-accident condition, including repairs to **Exterior Sheet Metal and Plastic Components, and to Vehicle Safety Systems**, including air bag, seat belt and bumper system components. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Discuss this requirement with Your insurance company prior to authorizing any collision repair work.

**24. VEHICLE INSURANCE** You must insure the Vehicle and the Holder as set forth on the front of this lease under Item 14, "Vehicle Insurance Minimums." If the state where You title/register the Vehicle establishes higher Vehicle Insurance Minimums than those listed on the front of this lease, You must insure the Vehicle and Holder at the amounts required by Your state. If You move to a state where Finance Company has established higher Vehicle Insurance Minimums than those listed on the front of this lease, You must insure the Vehicle and Holder for these higher amounts. **These amounts are minimum requirements and may not be sufficient to protect Your assets. You should consult Your insurance advisor to determine if additional insurance coverage is right for You.**

You agree that Finance Company can file a claim under the insurance policy. You authorize the insurance company to provide Finance Company any information Finance Company believes necessary to make a claim. You agree that Finance Company may receive and sign Your name on any checks or drafts received by Finance Company from Your insurance provider. In addition, You authorize Finance Company to settle or release any claim under the insurance related to Holder's ownership of the Vehicle. You also assign to Holder any other insurance proceeds related to this lease or Holder's interest in the Vehicle.

**25. RETURNED INSURANCE PREMIUMS AND SERVICE CONTRACT CHARGES** This lease may contain charges for insurance, service contracts, or other contracts. You agree that Finance Company can claim benefits under these contracts. Unless prohibited by law, Finance Company may upon default or termination cancel these contracts to obtain refunds of unearned charges. You authorize Finance Company to subtract any refund from the amount You owe under this lease. If You receive a refund, You must pay the entire amount of the refund to Finance Company.

## ENDING YOUR LEASE

**26. TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor, or another place designated by Finance Company, and (c) the payment by You of all amounts owed under this lease. Finance Company may cancel this lease if You default.

**27. RETURN OF VEHICLE** If You do not buy the Vehicle at lease end, You must return it to Lessor unless Finance Company specifies another place. Prior to the scheduled return of the Vehicle, You may be requested to present the Vehicle for inspection at a reasonable time and location. **Upon return of the Vehicle, You must pay the disposition fee, if any is shown on the front of the lease under Item 3 "Other Charges."** If You fail to return the Vehicle within 10 days after Your scheduled termination date, You will be charged one Monthly Payment and Your term will be extended one month. If You continue to fail to return the Vehicle You must pay damages to Finance Company, including amounts payable under default. Payment of these amounts will not allow You to keep the Vehicle.

**28. STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) Tires that have sidewall damage/plugs, exposed cords/belts, or are mismatched for Vehicle or unsafe; (b) Electrical or Mechanical defects or malfunctions; (c) **Glass, Paint, Body Panels, Trim and Grill Work** that are broken, mismatched, chipped, scratched, pitted, cracked, or if applicable, dented; (d) Interior rips, stains, burns or damaged areas; (e) Replacement of any missing equipment or parts that were in or on the vehicle when delivered, and (f) All Damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Your use or repair of the Vehicle must not invalidate any warranty. If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle. You will maintain the Odometer of the Vehicle so that it always reflects the Vehicle's actual mileage. If the odometer is at any time inoperative, You will provide us with reasonable evidence of the Vehicle's actual mileage at vehicle return. If You are unable to do so, You will pay us our estimate of any reduction in the Vehicle's wholesale value caused by the inability to determine the Vehicle's actual mileage.

**29. VOLUNTARY EARLY TERMINATION AND RETURN THE VEHICLE** You may terminate this lease early, if You are not in default, by returning the Vehicle to Lessor unless Finance Company designates another place. You must pay the following: (a) the amount by which the Unpaid Adjusted Capitalized Cost exceeds the Vehicle's Fair Market Wholesale Value, plus (b) all other amounts then due under this lease (except for excess wear and use and mileage). If You entered an *Advance Payment Lease* and the Vehicle's Fair Market Wholesale Value exceeds the Unpaid Adjusted Capitalized Cost, You will receive a credit for the difference.

*Alternatively*, You may choose to satisfy Your financial obligation under this section upon Vehicle return if You pay the following: (a) the unpaid remaining Monthly Payments, plus (b) any charges for excess wear and use and mileage, plus (c) all other amounts then due under the lease.

**30. VOLUNTARY EARLY TERMINATION AND PURCHASE THE VEHICLE** You may purchase the Vehicle from the Lessor or a party designated by Finance Company at any time if You are not in default. If You have a *Monthly Payment Lease*, you must pay the following: (a) the Unpaid Adjusted Capitalized Cost, plus (b) the amount by which the lease end purchase option price (Item 10) exceeds the Residual Value (Item 7d), plus (c) official fees and taxes, plus (d) all other amounts then due under this lease (except charges for excess wear and use and mileage). You may also be charged a reasonable documentary fee if allowed by law. If You have an *Advance Payment Lease*, you must pay the following: (a) the lease end purchase option price (Item 10) less (b) any unearned Rent Charges, plus (c) official fees and taxes, plus (d) all other amounts then due under this lease (except charges for excess wear and use and mileage). You may also be charged a reasonable documentary fee if allowed by law.

**31. DEFINITION OF TERMS**

*Unpaid Adjusted Capitalized Cost* If You have a *Monthly Payment Lease*, the Unpaid Adjusted Capitalized Cost is an amount that starts with the Adjusted Capitalized Cost and is reduced each month on the due date by the difference between the Base Monthly Payment and the part of the Rent Charge earned in that month **on an actuarial basis.**

If You have an *Advance Payment Lease*, the Unpaid Adjusted Capitalized Cost is an amount that starts with the Adjusted Capitalized Cost less the Base Payment. This amount is increased each month on the due date by the part of the Rent Charge earned in that month **on an actuarial basis.**

In both cases, rent charges are earned when due. Lessor or Finance Company will provide You with an explanation of the actuarial method upon request.

*Fair Market Wholesale Value* will be: (a) an amount agreed to by You and Lessor or Finance Company, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense within 10 days from termination from an independent third party agreeable to Finance Company, or (c) if not established by agreement or appraisal, the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the Vehicle at wholesale or other commercially reasonable manner.

*Monthly Payment* If You have a *Monthly Payment Lease*, Monthly Payment is the Total Payment (Item 7m). If You have an *Advance Payment Lease*, Monthly Payment is the Total Payment (Item 7m) divided by the Lease Term in Months (Item 7n).

*Base Monthly Payment* If You have a *Monthly Payment Lease*, Base Monthly Payment is the Base Payment (Item 7i). If You have an *Advance Payment Lease*, Base Monthly Payment is the Base Payment (Item 7i) divided by the Lease Term in Months (Item 7n).

**32. CONTACT NUMBER FOR FINANCE COMPANY** Please contact Finance Company at the telephone number or website listed on the front of this lease if You have any questions regarding terminating Your lease or purchasing the Vehicle.

**33. YOUR ODOMETER OBLIGATIONS** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

## DEFAULT AND LOSS OF VEHICLE

**34. DEFAULT** You will be in default if: (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease.

If You are in default, Finance Company may cancel this lease, take back the Vehicle and sell it at a public or private sale. You also give Finance Company the right to go on Your property to peacefully retake the Vehicle.

If Finance Company retakes the Vehicle, You must pay at once: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the value which could be realized at the wholesale sale of the Vehicle, plus (b) any other amounts then due under the lease (except charges for excess wear and use and mileage). If You entered into an *Advance Payment Lease*, and the value which could be realized at the wholesale sale of the Vehicle exceeds the Unpaid Adjusted Capitalized Cost, You will receive a credit for the difference.

The value which could be realized at the wholesale sale of the Vehicle will be: (a) the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the vehicle at wholesale or other commercially reasonable manner, or (b) as determined by a professional appraisal obtained by You at Your expense within 10 days from default, from an independent third party agreeable to Finance Company. You must also pay all expenses, including reasonable attorneys fees, payable by Finance Company to obtain, hold and sell the Vehicle, collect amounts due and enforce Holder's rights under this lease.

**35. THEFT OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, the amount You owe will depend upon whether You had the required insurance in effect and the claim for the Vehicle is fully honored. If Finance Company does not receive the full insurance proceeds, You will pay to Finance Company the following: (a) the Unpaid Adjusted Capitalized Cost, plus (b) all other amounts then due under the lease (except charges for excess wear and use and mileage), less (c) any insurance proceeds received by Finance Company.

*GAP Waiver* If You had in effect the insurance required under this lease and Finance Company receives the full insurance proceeds, You will not be required to pay the difference (GAP) between the Unpaid Adjusted Capitalized Cost and the insurance proceeds. You will only be required to pay: (a) any past due Monthly Payments, plus (b) the amount of the applicable insurance deductible, plus (c) all other amounts then due under this lease (except charges for excess wear and use and mileage).

Even if the Vehicle is insured, if You have a *Monthly Payment Lease*, until Finance Company receives payment of the insurance proceeds, You agree to continue to make Your Monthly Payments. If You have an *Advance Payment Lease*, after any insurance proceeds are paid, You will receive a credit equal to the Base Monthly Payment multiplied by the number of remaining months in the Lease Term in Months, beginning with the month immediately following the date of theft or destruction.

## ADDITIONAL INFORMATION

**36. ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder. Finance Company or a substitute will administer this lease. You must then pay, in U.S. funds, all amounts due under this lease to Finance Company. If Finance Company is not the Holder of this lease, Holder has appointed Finance Company as its agent. As agent for Holder, Finance Company has the power to act on Holder's behalf to administer, enforce, and defend this lease. If Lessor has agreed to repair or maintain the Vehicle, obtain any insurance or perform any other service, You will look only to the Lessor for those services.

**37. TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay those amounts even if they are assessed after lease end.

**38. TITLING** The Vehicle will be titled in the name of Holder. There may be a lienholder listed as well. You will register the Vehicle as directed by Finance Company. You will pay all license, title and registration costs.

**39. INDEMNITY** You will indemnify and hold harmless Lessor, Finance Company and Holder and their assigns from any loss or damage to the Vehicle and its contents and from all claims, losses, injuries, expenses and costs related to the use, maintenance, or condition of the Vehicle. You are responsible for promptly paying all fines and tickets, including parking tickets, imposed on the Vehicle or its driver. If both a Lessee and Co-Lessee signed this lease, each party is jointly and severally liable for the payment of these fines and tickets. If You do not pay, You will reimburse Finance Company and pay a $20 administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

**40. SECURITY DEPOSIT** Your security deposit may be used by Finance Company to pay all amounts that You fail to pay under this Lease. You will not receive any interest, profits or other earnings on Your security deposit(s).

**41. CONSUMER REPORTS** You authorize Finance Company and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

**42. SERVICING AND COLLECTION** You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**43. GENERAL** Except as otherwise provided by the law of the state where You reside, the law that will apply to this lease is the law of the state where the Lessor's place of business is, as set forth on the front of the lease. If that law does not allow any of the agreements in this lease, the ones that are not allowed will be void. The rest of this lease will still be valid.

**READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY**

**ARBITRATION**

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor/Finance Company/Holder ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing suit in a court of law. Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:

- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the ownership interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; 4) Right to request that a court of law review whether the arbitrator exceeded its authority, and 5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction.

You or we may choose the American Arbitration Association, 1-800-778-7879 (www.adr.org), or any other organization subject to our approval, to conduct the arbitration. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.). The arbitration decision shall be in writing with a supporting opinion. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. To the extent that the total of your filing, administration, service or case management fee and your arbitrator or hearing fee exceeds $200, we will pay the amount in excess of $200, unless you choose to pay one half of the total or unless the fees are reallocated in the award under applicable law or the organization's rules.

Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. Any portion of this arbitration provision that is unenforceable shall be severed, and the remaining provisions shall be enforced. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration provision shall be unenforceable. The validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION**

**Exhibit B**

FORD CREDIT

# BUSINESS CREDIT APPLICATION

| DEALER | LOCATION | |
|---|---|---|
| CONTACT | PHONE | FAX |

FC-7144

Legal Name: Global Premier Soccer Oregon LLC
Date of Birth (for Individuals):
DBA:

☐ Proprietorship ☐ Corp. ☐ Sub S ☒ LLC. ☐ Partnership ☐ Other: ____ Tax Exempt Number: ____

State-Issued Organization # (not tax id #):
State of Organization or state of legal residence for individuals: OREGON

SOC SEC # / TAX ID #
Gross Profit (Monthly Income): 1.1 million
Type of Business: Soccer Coaching
Yrs In Business: 17
E-Mail and Website Address: MJTATE@GlobalPremierSoccer

Primary Legal/CEO Address: Street 85 Central St City Waltham County State MA Zip 02453

Billing Address: Street (if different from above) City County State Zip

Fleet Manager Name: MJ Tate Phone # (503) 806-4330 E-mail Address MJTATE@GLOBALPREMIERSoccer.com

Garage Address: Street 2925 SW Westpoint Ave City Portland County State OR Zip 97225

Phone # Fax # Mobile Phone # Contact Name

Owner/Guarantor: Name Title Address PH# Social Security / TN # Date of Birth Ownership %

Owner/Guarantor: Name Social Security / TN # Date of Birth Ownership %

**Note: Sole Proprietor, Individual C** ... **te this section**

Individual (First Name, Middle Name, Las ... Date of Birth

Home Phone ( ) ☐ O ☐ B ... Mos. ... Driver's License No. & State

Previous Employer / Business (if less tha ... Phone Number ( )

Monthly Income Secondary ... or separate maintenance income need not be revealed if you onsidered as a basis for repaying this obligation.

Mortgage Holder / Landlord (Name & Ad ... llord Phone Mortgage Payt / Monthly Rent

Name & Address of applicant's nearest ... Home Phone ( )

Name & Address of applicant's non-rela ... Home Phone ( )

Complete for individuals only

Please use add ... antor or applicant information.

Same tax ID# as Massachusetts Premier Soccer LLC

Have you previously done business with Ford I...
List other creditors you do business with:

Bank City & S... Account #

Trade City & State Telephone # Account #

**IMPORTANT INFORMATION ABOUT ESTABLISHING A RELATIONSHIP WITH FORD CREDIT**

For the purpose of securing credit from Ford Motor Credit Company ("Ford Credit"), each of the parties signing below (the "Undersigned") certifies that the above information is true and complete. The Undersigned authorize Ford Credit to: (i) check their respective credit and employment histories, verify income, and provide and/or obtain information about their credit experience with Ford Credit, and (ii) at any time, sell, transfer, or assign any credit secured from Ford Credit and any or all servicing rights with respect thereto, or grant participations therein or issue securities with respect thereto.

The Undersigned each consent and specifically authorize Ford Credit, as it may deem necessary or desirable, to forward any documentation and information which Ford Credit now has or may hereafter acquire in connection with any transaction between any of the Undersigned and Ford Credit to any potential investor, rating agency, and any other party involved in the sale, transfer, assignment, securitization, or participation transaction involving any credit granted to the Undersigned.

Ford Credit may receive from and disclose to other persons, including credit reporting agencies, financial information about the Undersigned and information about each Undersigned's account and credit experience and each of the Undersigned authorizes any person to release to Ford Credit financial information about the Undersigned and credit experience and account information on the Undersigned. In addition, each of the Undersigned agrees that Ford Credit may receive from and disclose to any of its affiliates, any and all such information now or hereafter provided by the Undersigned to any of the foregoing entities, including without limitation present and future credit applications, financial statements and organizational documents. This is a continuing authorization for all present and future disclosures of financial information, account information and credit experience on the Undersigned made by Ford Credit, or any person requested to release such information to Ford Credit. The Undersigned each agree that a credit report bearing on such Undersigned's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or way of living may be requested in connection with this application and future requests for credit. Upon request from any of the Undersigned, Ford Credit will advise such Undersigned, as applicable, whether a credit report was requested and if such a report was requested, Ford Credit, will inform such Undersigned, as applicable, of the name and address of the credit reporting agency that furnished the report.

The Undersigned each agree that Ford Credit, its affiliates, agents and service providers may monitor and record telephone calls regarding my account to assure the quality of service or for other reasons. Each of the Undersigned also expressly consent and agree to Ford Credit, its affiliates, agents and service providers using written, electronic or verbal means to contact the Undersigned. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. The Undersigned each agree that Ford Credit, its affiliates, agents and service providers may do so using any e-mail address or any telephone numbers the Undersigned provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether the Undersigned incur charges as a result.

SEE NEXT PAGE OF THIS FORM FOR IMPORTANT INFORMATION FOR CALIFORNIA, MAINE, OHIO, RHODE ISLAND, TENNESSEE, AND VERMONT.

Applicant Signature [signature] Title Member Date ____

I intend to apply for joint credit ____ Applicant Initial Here

Co-Applicant Signature ____ Title ____ Date ____

I intend to apply for joint credit ____ Co-Applicant Initial Here

Guarantor Signature ____ Title ____ Date ____

**If corporate guarantor, authorized officer must sign and show corporate title. If partnership guarantor, a general partner must sign and show "Partner" as Title. If individual guarantor, show "Individual" as Title.*

V. 2.4

Please complete page 2 of this application for required transaction specific detail.



**Exhibit C**

7/6/2020

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2018 Ford Focus Hatchback 5D SE 2.0L I4 |
| Region: | Eastern |
| Period: | July 6, 2020 |
| VIN: | 1FADP3K28JL231022 |
| Mileage: | 37,500 |
| Base MSRP: | $20,445 |
| Typically Equipped MSRP: | $21,415 |

## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Monthly | | | | |
| Trade-In | | | | |
| Rough | $8,350 | N/A | N/A | **$8,350** |
| Average | $9,400 | N/A | N/A | **$9,400** |
| Clean | $10,250 | N/A | N/A | **$10,250** |
| Clean Loan | $9,225 | N/A | N/A | **$9,225** |
| Clean Retail | $12,525 | N/A | N/A | **$12,525** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2020 J.D.Power

**Exhibit D**

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

CONTROL NUMBER: 0436677

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER |
|---|---|---|---|---|
| 523KPX | 1809502818 | 040518 | N/N | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO. |
|---|---|---|---|---|---|
| 2018 | FORD | 4D | FOC | 1FADP3K25JL224464 | |

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 195 | 01/19/18 |

ODOMETER MESSAGE

OWNER/LESSEE

LSE GLOBAL PREMIER SOCCER OF OREGON
2925 SW WEST POINT AVE
PORTLAND OR 97225

**TITLE BRANDS**

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

**USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.**

If there is no change in owners as shown above **AND** all security interest holders have released interest, one **registered owner must sign and date here**, if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) X

DATE

**To release interest in the vehicle, complete the reassignment on back of the title.**

SECURITY INTEREST HOLDER/LESSOR

HTD LEASING LLC
LSR CAB WEST LLC
PO BOX 105704
ATLANTA GA 30348

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST X

DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST X

DATE

SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.

VOID IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (5-08) 523KPX 1FADP3K25JL224464 1809502818 C
3464 001 09 V1 T2 O3 S8 M1 P5 E0 M0 34

**Exhibit E**

DEAL:
STK:
1-800-7

# MOTOR VEHICLE LEASE AGREEMENT

DATE 01/19/2018

FORD CREDIT
www.fordcredit.com

| Lessee and Co-Lessee Name and Address (Including County and Zip Code) | LESSOR (Name and Address) |
|---|---|
| GLOBAL PREMIER SOCCER OREGON LLC<br>85 CENTRAL ST<br>WALTHAM MA 02453 | DAMEROW FORD<br>12325 SW CANYON ROAD<br>BEAVERTON, OR 97005 |

"Finance Company" is FORD MOTOR CREDIT COMPANY The "Holder" is CAB WEST LLC and its assigns. By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of the Wear-Care Addendum, if any, attached to this lease.

If Your payment schedule is shown in Item 2(a), You entered into a "Monthly Payment Lease."
If Your payment schedule is shown in Item 2(b), You entered into an "Advance Payment Lease."

| New/Used | Mileage at Delivery | Year/Make/Model | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|
| NEW | 105 | 2018 FORD FOCUS | 1FADP3K25JL234464 | BUSINESS |

| 1. Amount Due At Lease Signing or Delivery (Itemized Below) * | 2. Payments | 3. Other Charges (not part of Your monthly payment) | 4. Total of Payments (The amount You will have paid by the end of the lease) |
|---|---|---|---|
| $ 3750.00 | (a) Monthly Payments<br>Your first monthly payment of $ 297.33 is due on 01/19/2018, followed by 35 payments of $ 297.33 due on the 19TH day of each month. The total of Your monthly payments is $ 10703.88.<br>(b) Advance Payment<br>Your Payment of $ N/A is due on N/A. The total of Your payment is $ N/A | Disposition fee (if You do not purchase the Vehicle) $ 395.00<br>N/A N/A<br>Total $ 395.00 | $ 14551.65 |

* Itemization of Amount Due at Lease Signing or Delivery

**5. Amounts Due At Lease Signing or Delivery:**

| | |
|---|---|
| a. Capitalized cost reduction | $ 2996.67 |
| b. First monthly payment | 297.33 |
| c. Advance payment | N/A |
| d. Refundable security deposit | N/A |
| e. Title fees | 93.00 |
| f. Registration fees | 248.00 |
| g. Acquisition fee | N/A |
| h. N/A | N/A |
| i. UPFRONT TAXES | N/A |
| j. N/A | N/A |
| k. TITLE/REG PROC FEE | 115.00 |
| l. N/A | N/A |
| m. N/A | N/A |
| Total | $ 3750.00 |

**6. How the Amount Due At Lease Signing or Delivery will be paid:**

| | |
|---|---|
| a. Net trade-in allowance | $ N/A |
| b. Rebates and noncash credits | 2750.00 |
| c. Amount to be paid in cash | 1000.00 |
| d. N/A | N/A |
| Total | $ 3750.00 |

**7. Your payment is determined as shown below:**

| | | |
|---|---|---|
| a. **Gross capitalized cost.** The agreed upon value of the Vehicle ($ 21850.00) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (Itemized below - Item 19) ** | | $ 22604.25 |
| b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost | − | 2996.67 |
| c. **Adjusted capitalized cost.** The amount used in calculating Your base payment | = | 19607.58 |
| d. **Residual value.** The value of the Vehicle at the end of the lease used in calculating Your base payment | − | 9225.30 |
| e. **Depreciation and any amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term | = | 10382.28 |
| f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts | + | 321.60 |
| g. **Total of base payments.** The depreciation and any amortized amounts plus the rent charge | = | 10703.88 |
| h. **Lease payments.** The number of payments in Your lease | ÷ | 36 |
| i. **Base payment** | = | 297.33 |
| j. **Sales / Use tax** | + | N/A |
| k. N/A | + | N/A |
| l. N/A | + | N/A |
| m. **Total payment** | | $ 297.33 |
| n. **Lease term in months** | | 36 |

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor $0.15 per mile for each mile in excess of 45195 miles shown on the odometer. See Items 23 and 26 on back and the WearCare Addendum, if any, attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0. N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**10. Purchase Option at End of Lease Term,** $ 9725.30 **plus official fees and taxes, and a reasonable documentary fee if allowed by law, is Your lease end purchase option price.** You have the option to purchase the Vehicle at the end of the lease term from a party designated by the Holder for the purchase option price if You are not in default.

**11. Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

**12. WARRANTY** The Vehicle is covered by any warranty indicated below:

☒ Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle
☐ N/A

**13. OFFICIAL FEES AND TAXES** $ 1225.25
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**14. VEHICLE INSURANCE MINIMUMS** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000; and (b) collision and upset insurance with a maximum deductible of $1,000; and (c) automobile liability insurance with minimum limits for bodily injury or death of $ 25,000 for any one person and $ 50,000 for any one accident, and $ 20,000 for property damage. You will list the Holder as additional insured and loss payee under the insurance policy unless Lessor or Finance Company specifies otherwise. You must give Finance Company evidence of this insurance. (See Item 24 on back)

**LESSOR IS NOT PROVIDING VEHICLE OR LIABILITY INSURANCE**

**15. OPTIONAL INSURANCE** These coverages are not required to enter into this lease and will not be provided unless You sign below. If insurance is to be obtained by Lessor, the coverages are shown in a notice given to You this date and are for the term of this lease.

a. Credit Life Insurance $ N/A (Initial Coverage) $ N/A (Premium) (Insured(s))
(Insurance Company)
Lessee X N/A Co-Lessee X N/A

b. Credit Disability Insurance $ N/A (Monthly Coverage) $ N/A (Premium) (Insured(s))
(Insurance Company)
Lessee X N/A Co-Lessee X N/A

**16. LATE PAYMENTS** You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the full amount of the scheduled payment or $50.00 whichever is less.

**17. LESSOR SERVICES** N/A
(See Item 22 on back)

**18. Returned Check Charge** You agree to pay a returned check charge of $ 35.00 for each check, draft, or other order of payment that is dishonored for any reason.

****19. Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Acquisition Fee | Documentation Fee |
|---|---|---|---|---|---|---|
| $ 21850.00 | + $ 109.25 | + $ N/A | + $ N/A | + $ N/A | + $ 645.00 | + $ N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | Total Gross Capitalized Cost |
| + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ N/A | = $ 22604.25 |

## SIGNATURES AND IMPORTANT NOTICES

**Modification:** This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change to this lease must be in writing and signed by You and Finance Company.

Lessee GLOBAL PREMIER SOCCER OREGON LLC By (X) Global Premier Soccer Oregon LLC by [signature], member Title:

Co-Lessee By X Title:

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

**NOTICE: (1) Do not sign this lease before You read it or if it has any blank space to be filled in. (2) You have the right to get a filled-in copy of this lease. You acknowledge that You received a filled-in copy of this lease at the time You signed it and notice of an assignment of this lease by the Lessor to Holder.**

Lessee: GLOBAL PREMIER SOCCER OREGON LLC By (X) Global Premier Soccer Oregon LLC by [signature], member Title:

Co-Lessee By X Title:

Lessor and Lessee are hereby notified that Holder has assigned to CB [illegible] its capacity as Holder's [illegible] intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of the Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the lease plan agreement between Lessor and Holder.

Lessor By X [signature] Title:

FC 10055 [illegible]
FC 10093 APP
Previous editions may NOT be used

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

PLY 1 - ORIGINAL PLY 2 - LESSEE PLY 3 - LESSOR PLY 4 - CO-LESSEE/GUARANTOR

ORIGINAL

**Exhibit E**

## VEHICLE MAINTENANCE, INSURANCE AND USE

**20. VEHICLE USE AND SUBLEASING** You will not use, or permit others to use the Vehicle (a) in violation of any law, (b) contrary to the provisions of any insurance policies covering the Vehicle, (c) outside the state where first titled or registered for more than 30 days without Finance Company's written consent, (d) outside the United States, except for less than 30 days in Canada or Mexico or (e) as a private or public carrier. You will keep this lease and Vehicle free of all liens and encumbrances. **You will not assign or sublease any interest in the Vehicle or lease without Finance Company's written consent.**

**21. IMPLIED WARRANTIES If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by law.**

**22. VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle at Your own expense, using materials that meet the manufacturer's specifications. This includes following the owner's manual and maintenance schedule, documenting maintenance performed, and making all needed repairs. You are also responsible for all operating costs such as gas and oil. Lessor will provide the services(s), if any, identified in the Lessor Services section under the terms of a separate agreement. (See Lessor Services, Item 17)

**23. COLLISION REPAIR** You are responsible for repairs of **All Damage** that is not a result of normal wear and use. These repairs include, but are not limited to, those necessary to return the Vehicle to its pre-accident condition, including repairs to **Exterior Sheet Metal and Plastic Components, and to Vehicle Safety Systems**, including air bag, seat belt and bumper system components. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Discuss this requirement with Your insurance company prior to authorizing any collision repair work.

**24. VEHICLE INSURANCE** You must insure the Vehicle and the Holder as set forth on the front of this lease under Item 14, "Vehicle Insurance Minimums." If the state where You title/register the Vehicle establishes higher Vehicle Insurance Minimums than those listed on the front of this lease, You must insure the Vehicle and Holder at the amounts required by Your state. If You move to a state where Finance Company has established Higher Vehicle Insurance Minimums than those listed on the front of this lease, You must insure the Vehicle and Holder for these higher amounts. **These amounts are minimum requirements and may not be sufficient to protect Your assets. You should consult Your insurance advisor to determine if additional insurance coverage is right for You.**

You agree that Finance Company can file a claim under the insurance policy. You authorize the insurance company to provide Finance Company any information Finance Company believes necessary to make a claim. You agree that Finance Company may receive and sign Your name on any check or drafts received by Finance Company from Your insurance provider. In addition, You authorize Finance Company to settle or release any claim under the insurance related to Holder's ownership of the Vehicle. You also assign to Holder any other insurance proceeds related to this lease or Holder's interest in the Vehicle.

**25. RETURNED INSURANCE PREMIUMS AND SERVICE CONTRACT CHARGES** This lease may contain charges for insurance, service contracts, or other contracts. You agree that Finance Company can claim benefits under these contracts. Unless prohibited by law, Finance Company may upon default or termination cancel these contracts to obtain refunds of unearned charges. You authorize Finance Company to subtract any refund from the amount You owe under this lease. If You receive a refund, You must pay the entire amount of the refund to Finance Company.

## ENDING YOUR LEASE

**26. TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor, or another place designated by Finance Company, and (c) the payment by You of all amounts owed under this lease. Finance Company may cancel this lease if You default.

**27. RETURN OF VEHICLE** If You do not buy the Vehicle at lease end, You must return it to Lessor unless Finance Company specifies another place. Prior to the scheduled return of the Vehicle, You may be requested to present the Vehicle for inspection at a reasonable time and location. **Upon return of the Vehicle, You must pay the disposition fee, if any is shown on the front of the lease under Item 3 "Other Charges."** If You fail to return the Vehicle within 10 days after Your scheduled termination date, You will be charged one Monthly Payment and Your term will be extended one month. If You continue to fail to return the Vehicle You must pay damages to Finance Company, including amounts payable under default. Payment of these amounts will not allow You to keep the Vehicle.

**28. STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) Tires that have sidewall damage/plugs, exposed cords/belts, or are unmatched for Vehicle or unsafe; (b) Electrical or Mechanical defects or malfunctions; (c) Glass, Paint, Body Panels, Trim and Grill Work that are broken, mismatched, chipped, scratched, dented, cracked, or if applicable, rusted; (d) Interior rips, stains, burns or damaged areas; (e) Replacement of any missing equipment or parts that were in or on the vehicle when delivered; and (f) All Damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Your use or repair of the Vehicle must not invalidate any warranty. If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle. You will maintain the Odometer of the Vehicle so that it always reflects the Vehicle's actual mileage. If the odometer is at any time inoperative, You will provide us with reasonable evidence of the Vehicle's actual mileage at vehicle return. If You are unable to do so, You will pay us our estimate of any reduction of the Vehicle's wholesale value caused by the inability to determine the Vehicle's actual mileage.

**29. VOLUNTARY EARLY TERMINATION AND RETURN THE VEHICLE** You may terminate this lease early, if You are not in default, by returning the Vehicle to Lessor unless Finance Company designates another place. You must pay the following: (a) the amount by which the Unpaid Adjusted Capitalized Cost exceeds the Vehicle's Fair Market Wholesale Value, plus (b) all other amounts then due under the lease (except for excess wear and use and mileage). If You entered an *Advance Payment Lease* and the Vehicle's Fair Market Wholesale Value exceeds the Unpaid Adjusted Capitalized Cost, You will receive a credit for the difference.

*Alternatively*, You may choose to satisfy Your financial obligation under this section upon Vehicle return if You pay the following: (a) the unpaid remaining Monthly Payments, plus (b) any charges for excess wear and use and mileage, plus (c) all other amounts then due under the lease.

**30. VOLUNTARY EARLY TERMINATION AND PURCHASE THE VEHICLE** You may purchase the Vehicle from the Lessor or a party designated by Finance Company at any time if You are not in default. If You have a *Monthly Payment Lease*, you must pay the following: (a) the Unpaid Adjusted Capitalized Cost, plus (b) the amount by which the lease end purchase option price (Item 10) exceeds the Residual Value (Item 7c), plus (c) official fees and taxes, plus (d) all other amounts then due under the lease (except charges for excess wear and use and mileage). You may also be charged a reasonable documentary fee if allowed by law. If You have an *Advance Payment Lease*, you must pay the following: (a) the lease end purchase option price (Item 10) less (b) any unearned Rent Charges, plus (c) official fees and taxes, plus (d) all other amounts then due under this lease (except charges for excess wear and use and mileage). You may also be charged a reasonable documentary fee if allowed by law.

**31. DEFINITION OF TERMS**

*Unpaid Adjusted Capitalized Cost* If You have a *Monthly Payment Lease*, the Unpaid Adjusted Capitalized Cost is an amount that starts with the Adjusted Capitalized Cost and is reduced each month on the due date by the difference between the Base Monthly Payment and the part of the Rent Charge earned in that month on an **actuarial basis**.

If You have an *Advance Payment Lease*, the Unpaid Adjusted Capitalized Cost is an amount that starts with the Adjusted Capitalized Cost less the Base Payment. This amount is increased each month on the due date by the part of the Rent Charge earned in that month on an **actuarial basis.**

In both cases, rent charges are earned when due. Lessor or Finance Company will provide You with an explanation of the actuarial method upon request.

*Fair Market Wholesale Value* will be: (a) an amount agreed to by You and Lessor or Finance Company, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense within 10 days from termination from an independent third party agreeable to Finance Company, or (c) if not established by agreement or appraisal, the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the Vehicle at wholesale or other commercially reasonable manner.

*Monthly Payment* If You have a *Monthly Payment Lease*, Monthly Payment is the Total Payment (Item 7e). If You have an *Advance Payment Lease*, Monthly Payment is the Total Payment (Item 7e) divided by the Lease Term in Months (Item 7d).

*Base Monthly Payment* If You have a *Monthly Payment Lease*, Base Monthly Payment is the Base Payment (Item 7). If You have an *Advance Payment Lease*, Base Monthly Payment is the Base Payment (Item 7) divided by the Lease Term in Months (Item 7d).

**32. CONTACT NUMBER FOR FINANCE COMPANY** Please contact Finance Company at the telephone number or website listed on the front of this lease if You have any questions regarding terminating Your lease or purchasing the Vehicle.

**33. YOUR ODOMETER OBLIGATIONS** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

## DEFAULT AND LOSS OF VEHICLE

**34. DEFAULT** You will be in default if: (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease.

If You are in default, Finance Company may cancel this lease, take back the Vehicle and sell it at a public or private sale. You also give Finance Company the right to go on Your property to peacefully retake the Vehicle.

If Finance Company retakes the Vehicle, You must pay at once: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the value which could be realized at the wholesale sale of the Vehicle, plus (b) any other amounts then due under the lease (except charges for excess wear and use and mileage). If You entered into an *Advance Payment Lease*, and the value which could be realized at the wholesale sale of the Vehicle exceeds the Unpaid Adjusted Capitalized Cost, You will receive a credit for the difference.

The value which could be realized at the wholesale sale of the Vehicle will be: (a) the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the vehicle at wholesale or other commercially reasonable manner, or (b) as determined by a professional appraisal obtained by You at Your expense within 10 days from default, from an independent third party agreeable to Finance Company. You must also pay all expenses, including reasonable attorney's fees, payable by Finance Company to obtain, hold and sell the Vehicle, collect amounts due and enforce Holder's rights under this lease.

**35. THEFT OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, the amount You owe will depend upon whether You had the required insurance in effect and the claim for the Vehicle is fully honored. If Finance Company does not receive the full insurance proceeds, You will pay to Finance Company the following: (a) the Unpaid Adjusted Capitalized Cost, plus (b) all other amounts then due under the lease (except charges for excess wear and use and mileage), less (c) any insurance proceeds received by Finance Company.

*GAP Waiver* If You had in effect the insurance required under this lease and Finance Company receives the full insurance proceeds, You will not be required to pay the difference (GAP) between the Unpaid Adjusted Capitalized Cost and the insurance proceeds. You will only be required to pay: (a) any past due Monthly Payments, plus (b) the amount of the applicable insurance deductible, plus (c) all other amounts then due under this lease (except charges for excess wear and use and mileage).

Even if the Vehicle is insured, if You have a *Monthly Payment Lease*, until Finance Company receives payment of the insurance proceeds, You agree to continue to make Your Monthly Payments. If You have an *Advance Payment Lease*, after any insurance proceeds are paid, You will receive a credit equal to the Base Monthly Payment multiplied by the number of remaining months in the Lease Term in Months, beginning with the month immediately following the date of theft or destruction.

## ADDITIONAL INFORMATION

**36. ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder. Finance Company or a substitute will administer this lease. You must then pay, in U.S. funds, all amounts due under this lease to Finance Company. If Finance Company is not the Holder of this lease, Holder has appointed Finance Company as its agent. As agent for Holder, Finance Company has the power to act on Holder's behalf to administer, enforce, and defend this lease. If Lessor has agreed to repair or maintain the Vehicle, obtain any insurance or perform any other service, You will look only to the Lessor for those services.

**37. TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay these amounts even if they are assessed after lease end.

**38. TITLING** The Vehicle will be titled in the name of Holder. There may be a Co-Holder listed as well. You will register the Vehicle as directed by Finance Company. You will pay all license, title and registration costs.

**39. INDEMNITY** You will indemnify and hold harmless Lessor, Finance Company and Holder and their assigns from any loss or damage to the Vehicle and its contents and from all claims, losses, injuries, expenses and costs related to the use, maintenance, or condition of the Vehicle. You are responsible for promptly paying all fines and tickets, including parking tickets, imposed on the Vehicle or its driver. If both a Lessee and Co-Lessee signed this lease, each party is jointly and severally liable for the payment of these fines and tickets. If You do not pay, You will reimburse Finance Company and pay a $20 administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

**40. SECURITY DEPOSIT** Your security deposit may be used by Finance Company to pay all amounts that You fail to pay under this Lease. You will not receive any interest, profits or other earnings on Your security deposit(s).

**41. CONSUMER REPORTS** You authorize Finance Company and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

**42. SERVICING AND COLLECTION** You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**43. GENERAL** Except as otherwise provided by the law of the state where You reside, the law that will apply to this lease is the law of the state where the Lessor's place of business is, as set forth on the front of the lease. If that law does not allow any of the agreements in this lease, the ones that are not allowed will be void. The rest of this lease will still be valid.

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY

## ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor/Finance Company/Holder ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing suit in a court of law. Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**

If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:

- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the ownership interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; 4) Right to request that a court of law review whether the arbitrator exceeded its authority; and 5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction.

You or we may choose the American Arbitration Association, 1-800-778-7879 (www.adr.org), or any other organization subject to our approval, to conduct the arbitration. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.). The arbitration decision shall be in writing with a supporting opinion. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. To the extent that the total of your filing, administration, service or case management fee and your arbitrator or hearing fee exceeds $200, we will pay the amount in excess of $200, unless you choose to pay one half of the total or unless the fees are reallocated in the award under applicable law or the organization's rules.

Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. Any portion of this arbitration provision that is unenforceable shall be severed, and the remaining provisions shall be enforced. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration provision shall be unenforceable. The validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION**

FC 16500 R (AFB 15)
FC 16500-AFP
Previous editions may NOT be used

FORD CREDIT

# BUSINESS CREDIT APPLICATION

DEALER | LOCATION
CONTACT | PHONE | FAX

FC-7144

Legal Name: GLOBAL PREMIER SOCCER OREGON LLC
Date of Birth (for individuals): DBA:

☐ Proprietorship ☐ Corp. ☐ Sub S ☒ LLC. ☐ Partnership ☐ Other: Tax Exempt Number:

State-Issued Organization # (not tax id #): OREGON
State of Organization or state of legal residence for individuals:

SOC SEC # / TAX ID # | Gross Profit (Monthly Income): 1.1 million | Type of Business: Soccer Coaching | Yrs in Business: 17 | E-Mail and Website Address: MJTate@GlobalPremierSoc...

Primary Legal/CEO Address: Street 85 Central St | City Waltham | County | State MA | Zip 02453

Billing Address: Street (if different from above) | City | County | State | Zip

Fleet Manager Name: MJ Tate | Phone # 503-806-4330 | E-mail Address MjTate@GlobalPremierSoccer.com

Garage Address: Street 2925 SW Westpoint Ave Portland | City | County | State OR | Zip 97225

Phone # | Fax # | Mobile Phone # | Contact Name

Owner/Guarantor: Name | Title | Address | PH# | Social Security / TN # | Date of Birth | Ownership %

Owner/Guarantor: Name | Title | Address | PH# | Social Security / TN # | Date of Birth | Ownership %

**Note: Sole Proprietor, Individual Co-Applicant(s) or I[...] must complete this section**

Complete for Individuals only

Individual (First Name, Middle Name, Last Name, Suffix): | [...]ity Number | Date of Birth

Home Phone ( ) | ☐ Own Home Out[...] ☐ Buying Hom[...] | Yrs. Mos. | Driver's License No. & State

Previous Employer / Business (if less than 2 ye[...] | Phone Number ( )

Monthly Income | Secondary [...] separate maintenance income need not be revealed if you [...]ered as a basis for repaying this obligation.

Mortgage Holder / Landlord (Na[...] | [...]one | Mortgage Payt / Monthly Rent

Name & Address of applicant's n[...] | Home Phone ( )

Name & Address of applicant's non-re[...] | Home Phone ( )

Please use additio[...] [...]licant information.

Same Tax ID# as Massachusetts Premier Soccer LLC

Have you previously done business with Ford Motor Cr[...]
List other creditors you do business with:

Bank | City & State | [...]ct | Account #

Trade | City & State | Contact | Account #

**IMPORTANT INFORMATI[...] A RELATIONSHIP WITH FORD CREDIT**

For the purpose of securing credit from Ford Motor Credit Company ("Ford Credit"), [...]elow (the "Undersigned") certifies that the above information is true and complete. The Undersigned authorize Ford Credit to: (i) check their respective credit and employment histories, [...]ide and/or obtain information about their credit experience with Ford Credit, and (ii) at any time, sell, transfer, or assign any credit secured from Ford Credit and any or all servicing rights [...], or grant participations therein or issue securities with respect thereto.

The Undersigned each consent and specifically authorize Ford Credit, as it may deem n[...] desirable, to forward any documentation and information which Ford Credit now has or may hereafter acquire in connection with any transaction between any of the Undersigned and Ford Credit to [...]ential investor, rating agency, and any other party involved in the sale, transfer, assignment, securitization, or participation transaction involving any credit granted to the Undersigned.

Ford Credit may receive from and disclose to other persons, including credit reporting agencies, financial information about the Undersigned and information about each Undersigned's account and credit experience and each of the Undersigned authorizes any person to release to Ford Credit financial information about the Undersigned and credit experience and account information on the Undersigned. In addition, each of the Undersigned agrees that Ford Credit may receive from and disclose to any of its affiliates, any and all such information now or hereafter provided by the Undersigned to any of the foregoing entities, including without limitation present and future credit applications, financial statements and organizational documents. This is a continuing authorization for all present and future disclosures of financial information, account information and credit experience on the Undersigned made by Ford Credit, or any person requested to release such information to Ford Credit. The Undersigned each agree that a credit report bearing on such Undersigned's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or way of living may be requested in connection with this application and future requests for credit. Upon request from any of the Undersigned, Ford Credit will advise such Undersigned, as applicable, whether a credit report was requested and if such a report was requested, Ford Credit, will inform such Undersigned, as applicable, of the name and address of the credit reporting agency that furnished the report.

The Undersigned each agree that Ford Credit, its affiliates, agents and service providers may monitor and record telephone calls regarding my account to assure the quality of service or for other reasons. Each of the Undersigned also expressly consent and agree to Ford Credit, its affiliates, agents and service providers using written, electronic or verbal means to contact the Undersigned. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. The Undersigned each agree that Ford Credit, its affiliates, agents and service providers may do so using any e-mail address or any telephone numbers the Undersigned provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether the Undersigned incur charges as a result.

SEE NEXT PAGE OF THIS FORM FOR IMPORTANT INFORMATION FOR CALIFORNIA, MAINE, OHIO, RHODE ISLAND, TENNESSEE, AND VERMONT.

Applicant Signature [signature] Title member Date 1/19/18

I intend to apply for joint credit ______ Applicant Initial Here

Co-Applicant Signature ______ Title ______ Date ______

I intend to apply for joint credit ______ Co-Applicant Initial Here

Guarantor Signature ______ Title ______ Date ______

*"If corporate guarantor, authorized officer must sign and show corporate title. If partnership guarantor, a general partner must sign and show "Partner" as Title. If individual guarantor, show "Individual" as Title.*

V. 2.4



**Exhibit F**

7/6/2020

NADA
Values
NADA Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2018 Ford Focus Hatchback 5D SE 2.0L I4 |
| Region: | Eastern |
| Period: | July 6, 2020 |
| VIN: | 1FADP3K25JL224464 |
| Mileage: | 37,500 |
| Base MSRP: | $20,445 |
| Typically Equipped MSRP: | $21,415 |

## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Monthly | | | | |
| Trade-In | | | | |
| Rough | $8,350 | N/A | N/A | **$8,350** |
| Average | $9,400 | N/A | N/A | **$9,400** |
| Clean | $10,250 | N/A | N/A | **$10,250** |
| Clean Loan | $9,225 | N/A | N/A | **$9,225** |
| Clean Retail | $12,525 | N/A | N/A | **$12,525** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2020 J.D.Power