**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)**

| | |
|---|---|
| In re:<br><br>**LEGACY GLOBAL SPORTS, L.P., et al.**[1]<br>Debtor. | **Chapter 7**<br>**Case No. 20-11157-JEB**<br>**Jointly Administered** |

**STATEMENT OF NO OPPOSITION BY CHAPTER 7 TRUSTEE TO
AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Harold B. Murphy, chapter 7 trustee (the "Trustee") of Legacy Global Sports, L.P. ("LGS"), LGS Management LLC, LGS Manufacturing, LLC, Legacy Global Lacrosse LLC, LGS Logistics LLC, LGS Team Sales LLC, Premier Sports Events LLC, Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, Maine Premier Soccer LLC, Mass Premier Soccer in New Hampshire, LLC, Florida Premier Soccer LLC, New York Premier Soccer LLC, Jersey Premier Soccer LLC, GPS in Vermont LLC, Rhode Island Premier Soccer LLC, Carolina Premier Soccer LLC, Georgia Premier Soccer LLC, Global Premier Soccer Puerto Rico LLC, Global Premier Soccer Canada LLC, Global Premier Soccer Oregon, Global Premier Soccer California LLC, Global Premier Soccer Missouri LLC, Global Premier Soccer Connecticut, Global Premier Soccer Delaware, Global Premier Soccer Michigan LLC, Global Premier Soccer Minnesota LLC, and Global Premier Soccer Ohio LLC (collectively, the "Debtors") hereby

---

[1] The affiliated debtors, along with the last four digits of each debtor's federal tax identification number, are as follows: (i) Legacy Global Sports, L.P., EIN #2834; (ii) LGS Management, LLC, EIN # 5401; (iii) LGS Manufacturing LLC, EIN #5305; (iv) Legacy Global Lacrosse LLC, EIN # 0161; (v) LGS Logistics LLC, EIN #6244; (vi) LGS Team Sales LLC, EIN # 6484; (vii) Premier Sports Events LLC, EIN #5407; (viii) Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, EIN #6290; (ix) Maine Premier Soccer LLC, EIN #0740; (x) Mass Premier Soccer in New Hampshire, LLC, EIN #2958; (xi) Florida Premier Soccer LLC, EIN # 0702; (xii) New York Premier Soccer LLC, EIN #1104; (xiii) Jersey Premier Soccer LLC, EIN #0501; (xiv) GPS in Vermont LLC, EIN #3359; (xv) Rhode Island Premier Soccer LLC, EIN #2841; (xvi) Carolina Premier Soccer LLC, EIN #4047; (xvii) Georgia Premier Soccer LLC, EIN # 1982; (xviii) Global Premier Soccer Puerto Rico LLC, EIN #1857; (xix) Global Premier Soccer Canada LLC, EIN # 6291; (xx) Global Premier Soccer Oregon, EIN #8242; (xxi) Global Premier Soccer California LLC, EIN #7811; (xxii) Global Premier Soccer Missouri, LLC, EIN #2782; (xxiii) Global Premier Soccer Connecticut, EIN # 6400; (xxiv) Global Premier Soccer Delaware, EIN # 4703; (xxv) Global Premier Soccer Michigan LLC, EIN #0533; (xxvi) Global Premier Soccer Minnesota LLC, EIN #5588; and (xxvii) Global Premier Soccer Ohio LLC, EIN #0022.

states that he has no opposition to the *Amended Motion For Relief From the Automatic Stay* (the "Amended Motion For Relief") [Docket No. 72] filed by Cab West LLC.

> HAROLD B. MURPHY
> CHAPTER 7 TRUSTEE OF THE ESTATE OF
> LEGACY GLOBAL SPORTS L.P.
>
> By his counsel,
>
> /s/ Andrew G. Lizotte
> Andrew G. Lizotte (BBO #559609)
> MURPHY & KING, Professional Corporation
> One Beacon Street
> Boston, Massachusetts  02108-3107
> Tel: (617) 423-0400
> Fax: (617) 556-8985
> Email:  ALizotte@murphyking.com

Dated:  July 20, 2020

782919

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

|  |  |
|---|---|
| In re:<br><br>**LEGACY GLOBAL SPORTS, L.P., et al.**[1]<br><br>**Debtor.** | )<br>)<br>)    **Chapter 7**<br>)    **Case No. 20-11157-JEB**<br>)    **Jointly Administered**<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

      I, Andrew G. Lizotte, hereby certify that on July 20, 2020, I caused a copy of the *Chapter 7 Trustee's Statement of No Opposition to Amended Motion for Relief from Stay* to be served by this Court's CM/ECF System and/or by first class mail, postage prepaid, on the persons and entities listed on the attached service list.

                                    /s/ Andrew G. Lizotte
                                    Andrew G. Lizotte (BBO #559609)
                                    MURPHY & KING, Professional Corporation
                                    One Beacon Street
                                    Boston, Massachusetts  02108-3107
                                    Tel: (617) 423-0400
                                    Fax: (617) 556-8985
                                    Email:  ALizotte@murphyking.com

Dated:  July 20, 2020

---

[1] The affiliated debtors, along with the last four digits of each debtor's federal tax identification number, are as follows: (i) Legacy Global Sports, L.P., EIN #2834; (ii) LGS Management, LLC, EIN # 5401; (iii) LGS Manufacturing LLC, EIN #5305; (iv) Legacy Global Lacrosse LLC, EIN # 0161; (v) LGS Logistics LLC, EIN #6244; (vi) LGS Team Sales LLC, EIN # 6484; (vii) Premier Sports Events LLC, EIN #5407; (viii) Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, EIN #6290; (ix) Maine Premier Soccer LLC, EIN #0740; (x) Mass Premier Soccer in New Hampshire, LLC, EIN #2958; (xi) Florida Premier Soccer LLC, EIN # 0702; (xii) New York Premier Soccer LLC, EIN #1104; (xiii) Jersey Premier Soccer LLC, EIN #0501; (xiv) GPS in Vermont LLC, EIN #3359; (xv) Rhode Island Premier Soccer LLC, EIN #2841; (xvi) Carolina Premier  Soccer LLC, EIN #4047; (xvii) Georgia Premier Soccer LLC, EIN # 1982; (xviii) Global Premier Soccer Puerto Rico LLC, EIN #1857; (xix) Global Premier Soccer Canada LLC, EIN # 6291; (xx) Global Premier Soccer Oregon, EIN #8242; (xxi) Global Premier Soccer California LLC, EIN #7811; (xxii) Global Premier Soccer Missouri, LLC, EIN #2782; (xxiii) Global Premier Soccer Connecticut, EIN # 6400; (xxiv) Global Premier Soccer Delaware, EIN # 4703; (xxv) Global Premier Soccer Michigan LLC, EIN #0533; (xxvi) Global Premier Soccer Minnesota LLC, EIN #5588; and (xxvii) Global Premier Soccer Ohio LLC, EIN #0022.

**LEGACY GLOBAL SPORTS, L.P.**
**Case No. 20-11157-JEB**
**SERVICE LIST**

**BY CM/ECF:**

- Christopher J Battaglia    lgu@halperinlaw.net
- Joseph S.U. Bodoff    jbodoff@rubinrudman.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Daniel C. Cohn    dcohn@murthalaw.com, lmulvehill@murthalaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Harold B. Murphy    mxc@hanify.com ma33@ecfcbis.com; dkonusevska@murphyking.com

**BY FIRST CLASS MAIL:**

Lama Chebaclo
4511 Moorland Ave
Edina, MN 55424

Melanee Chmiel
11494 Balsam Way
Woodbury, MN 55129

Paula K. Jacobi
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

Jason Murphy
85 Candia Road
Manchester, NH 03109

The Siegfried Group, LLP
Leigh-Ann Raport, Senior Counsel
1201 N. Market Street, Ste 700
Wilmington, DE 19801

The Siegfried Group, LLP
c/o Richard G. Placey
Montgomery, McCracken, Walker & Rhoads,
1105 N. Market Street, Suite 1500
Wilmington, DE 19801

The Siegfried Group, LLP
c/o William J. Ulrich
Vice President, Legal & HR
1201 N. Market Street, Suite 700
Wilmington, DE 19801

Hartford Insurance Company
PO Box 660916
Dallas, TX 75266

Robert Half Finance & Accounting
PO Box 743295
Los Angeles, CA 90074-3295

Acton-Boxborough Regional School District
16 Charter Road
Acton, MA 01720

-5-

| | |
|---|---|
| Wheaton College Department of Athletics<br>26 East Main Street<br>Norton, MA 02766 | Law Offices of Nair & Levin<br>c/o Mitchell J. Levine<br>707 Bloomfield Avenue<br>Bloomfield, CT 638576 |