**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **LEGACY GLOBAL SPORTS, L.P., et.al.[1]** | ) | **Case No. 20-11157-JEB; and** |
| | ) | **20-11351 through 20-11376** |
| **Debtor.** | ) | *Jointly Administered* |
| | ) | |

**TRUSTEE'S NOTICE OF INTENT TO ABANDON PERSONAL PROPERTY**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to section 554(a) of the United States Bankruptcy Code, 11 U.S.C. section 101 *et seq.* (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 6007 and Massachusetts Local Bankruptcy Rule 6007-1, Harold B. Murphy, the duly-appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Legacy Global Sports, L.P., et.al. (collectively, the "Debtors"), intends to abandon the estates' right, title and interest in all of the Debtors' personal property located at its former office at 85 Central Street, Waltham, MA 02453 (the "Premises"), including but not limited to miscellaneous office equipment, athletic and fitness equipment, office chairs, desks, monitors, trash bins, trophies, plaques, clothing, and kitchen appliances (the "Personal Property"), on the grounds that the Personal Property is of no benefit or value to the bankruptcy estate. The Trustee is informed by the landlord that no lease exists for the Premises, and the exact entity that owns the Personal Property is unclear; however, it appears that the Premises were the office of Global Premier Soccer.

At the Trustee's request, representatives of Verdolino and Lowey, P.C, have viewed the Personal Property and provided numerous photographs of the Personal Property to the Trustee. The Trustee has also shared the photographs of the Personal Property with representatives of Paul E. Saperstein, Co., Inc. The Personal Property is generally comprised of a mix of miscellaneous office equipment, sporting equipment, clothing, and scrap materials. Based upon his review, the Trustee has determined that the Personal Property is of inconsequential benefit to the bankruptcy estates and abandonment is appropriate pursuant to Section 554(a) of the Bankruptcy Code.

The Estates' interest in the Personal Property will be deemed abandoned unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's

---

[1] The affiliated debtors, along with the last four digits of each debtor's federal tax identification number, are as follows: (i) Legacy Global Sports, L.P., EIN #2834; (ii) LGS Management, LLC, EIN # 5401; (iii) LGS Manufacturing LLC, EIN #5305; (iv) Legacy Global Lacrosse LLC, EIN # 0161; (v) LGS Logistics LLC, EIN #6244; (vi) LGS Team Sales LLC, EIN # 6484; (vii) Premier Sports Events LLC, EIN #5407; (viii) Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, EIN # 6290; (ix) Maine Premier Soccer LLC, EIN #0740; (x) Mass Premier Soccer in New Hampshire, LLC, EIN #2958; (xi) Florida Premier Soccer LLC, EIN #0702; (xii) New York Premier Soccer LLC, EIN # 27-2451104; (xiii) Jersey Premier Soccer LLC, EIN # 0501; (xiv) GPS in Vermont LLC, EIN #3359; (xv) Rhode Island Premier Soccer LLC, EIN #2841; (xvi) Carolina Premier Soccer LLC, EIN # 46-1594047; (xvii) Georgia Premier Soccer LLC, EIN #1982; (xviii) Global Premier Soccer Puerto Rico LLC, EIN #1857; (xix) Global Premier Soccer Canada LLC, EIN # 6291; (xx) Global Premier Soccer Oregon, EIN #8242; (xxi) Global Premier Soccer California LLC, EIN #7811; (xxii) Global Premier Soccer Missouri, LLC, EIN #2782; (xxiii) Global Premier Soccer Connecticut, EIN # 6400; (xxiv) Global Premier Soccer Delaware, EIN # 4703; (xxv) Global Premier Soccer Michigan LLC, EIN # 0533; (xxvi) Global Premier Soccer Minnesota LLC, EIN # 5588; and (xxvii) Global Premier Soccer Ohio LLC, EIN #0022.

Office of the United States Bankruptcy Court, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice.

        HAROLD B. MURPHY, CHAPTER 7 TRUSTEE

        By his counsel
        /s/ Kathleen R. Cruickshank
        Kathleen R. Cruickshank (BBO #550675)
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA 02108
        (617) 423-0400

Dated:  July 30, 2020        Email: kcruickshank@murphyking.com