Dated: 8/5/2020

Having reviewed the Amended Motion, good cause being shown, the Trustee having filed a Statement of No Opposition, and no objections having been filed, the Amended Motion is allowed. See separate order. The hearing scheduled for August 11, 2020 is canceled.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN RE
LEGACY GLOBAL SPORTS, L.P., et al.

DEBTORS

CHAPTER 7
CASE NO. 20-11157 JEB

Jointly Administered

## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

(This Motion amends CAB West LLC's Motion for Relief filed in Massachusetts Premier Soccer, LLC Case No. 20-11357) CAB West LLC as and for a motion, pursuant to 11 U.S.C. §362(d) and Rule 4001(a) F.R.B.P., seeking an Order granting relief from Automatic Stay as to all Debtors in this jointly administered case in order to obtain possession and dispose of its property, namely a 2018 Ford Focus, Vehicle Identification Number 1FADP3K28JL231022 and a 2018 Ford Focus, Vehicle Identification Number 1FADP3K25JL224464, states the following as grounds therefore:

1.     On June 22, 2020 Massachusetts Premier Soccer, LLC (hereinafter referred to as the "Debtor(s)") filed a voluntary petition under Chapter 7 of Title 11 of the Code with this Court.

2.     This Court has jurisdiction over this matter under 28 U.S.C. §§1334(b) and §157(a) and §362(d) of Title 11, United States Code (hereinafter referred to as the "Code").  Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

## As to a 2018 Ford Focus, Vehicle Identification Number 1FADP3K28JL231022

3.     Cab West LLC is the record owner of one (1) 2018 Ford Focus, Vehicle Identification Number 1FADP3K28JL231022 (hereinafter "Motor Vehicle 1").  A copy of the Certificate of Title is annexed hereto as Exhibit "A" and made a part hereof.

4.     On January 19, 2018, Damerow Ford (hereinafter "dealer"), as lessor and the debtor, as lessee, entered into a Lease Agreement (hereinafter "Lease Agreement 1") pursuant to which the debtor leased the vehicle from the dealer at the rate of $297.33 per month for a term of thirty-six (36) months, commencing January 19, 2018.  A copy of Lease Agreement 1 is annexed hereto as Exhibit "B" and made a part hereof.  The entity that applied for and is named on the