## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS - BOSTON

| | |
|---|---|
| In re: | Chapter 7 |
| LEGACY GLOBAL SPORTS, L.P.[1] | Case No.  20-11157 (JEB); and<br>20-11351 through 20-11376 |
| Debtor. | (Jointly Administered Cases) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Iron Mountain Information Management, Inc. (collectively, "Iron Mountain"), hereby appear through its counsel, Hackett Feinberg, a Professional Corporation, and requests that, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), § 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), Iron Mountain be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

>Frank F. McGinn
>Hackett Feinberg P.C.
>155 Federal Street, 9th Floor
>Boston, MA  02110
>Tel. (617) 422-0200
>Fax. (617) 422-0383
>E-mail: ffm@bostonbusinesslaw.com

---

[1] The affiliated debtors, along with the last four digits of each debtor's federal tax identification number, are as follows: (i) Legacy Global Sports, L.P., EIN #2834; (ii) LGS Management, LLC, EIN # 5401; (iii) LGS Manufacturing LLC, EIN #5305; (iv) Legacy Global Lacrosse LLC, EIN # 0161; (v) LGS Logistics LLC, EIN #6244; (vi) LGS Team Sales LLC, EIN # 6484; (vii) Premier Sports Events LLC, EIN #5407; (viii) Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, EIN # 6290; (ix) Maine Premier Soccer LLC, EIN #0740; (x) Mass Premier Soccer in New Hampshire, LLC, EIN #2958; (xi) Florida Premier Soccer LLC, EIN #0702; (xii) New York Premier Soccer LLC, EIN # 27-245 1 1 04; (xiii) Jersey Premier Soccer LLC, EIN # 0501; (xiv) GPS in Vermont LLC, EIN #3359; (xv) Rhode Island Premier Soccer LLC, EIN #2841; (xvi) Carolina Premier Soccer LLC, EIN # 46-1594047; (xvii) Georgia Premier Soccer LLC, EIN #1982; (xviii) Global Premier Soccer Puerto Rico LLC, EIN #1857; (xix) Global Premier Soccer Canada LLC, EIN # 6291; (xx) Global Premier Soccer Oregon, EIN #8242; (xxi) Global Premier Soccer California LLC, EIN #7811; (xxii) Global Premier Soccer Missouri, LLC, EIN #2782; (xaciii) Global Premier Soccer Connecticut, EIN # 6400; (aociv) Global Premier Soccer Delaware, EIN # 4703; (xxv) Global Premier Soccer Michigan LLC, EIN # 0533; (xxvi) Global Premier Soccer Minnesota LLC, EIN # 5588; and (xxvii) Global Premier Soccer Ohio LLC, EIN #0022.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of Iron Mountain's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which Iron Mountain is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

        Respectfully submitted,
Iron Mountain Information Management, Inc.
By its attorneys,

Dated:  August 28, 2020    */s/ Frank F. McGinn*
Frank F. McGinn (Massachusetts BBO# 564729)
ffm@bostonbusinesslaw.com
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on August 28, 2020, the foregoing document was electronically filed via the Court's CM/ECF system and thereby served on the following parties having to consented to electronic service:

- **Christopher J Battaglia**   lgu@halperinlaw.net, dcohen@halperinlaw.net
- **Joseph S.U. Bodoff**   jbodoff@rubinrudman.com
- **Paul W. Carey**   pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- **Daniel C. Cohn**   dcohn@murthalaw.com, lmulvehill@murthalaw.com
- **Kathleen R. Cruickshank**   kcruickshank@murphyking.com, bankruptcy@murphyking.com;rguarino@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- **John Fitzgerald**   USTPRegion01.BO.ECF@USDOJ.GOV
- **Lawrence G. Green**   lgreen@burnslev.com, ccasey@burnslev.com
- **Jonathan Horne**   jhorne@murthalaw.com, lmulvehill@murthalaw.com
- **Mitchell J. Levine**   mlevine@nairlevin.com
- **Andrew G. Lizotte**   agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
- **Alex F. Mattera**   amattera@pierceatwood.com, lhawe@pierceatwood.com
- **Harold B. Murphy**   mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- **Thomas Reith**   treith@burnslev.com
- **Ryan D. Sullivan**   rsullivan@curranantonelli.com, rsullivan@sullivan-legal.com;sullivanrr86948@notify.bestcase.com;adys@curranantonelli.com;cmarks@curranantonelli.com

*/s/ Frank F. McGinn*
Frank F. McGinn