**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **LEGACY GLOBAL SPORTS, L.P.,** | ) | **Case No. 20-11157-JEB; and** |
| | ) | **20-11351 through 20-11376** |
| **Debtor.** | ) | *Jointly Administered Cases* |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Kathleen R. Cruickshank, hereby certify that on September 4, 2020, I caused a copy of the following documents:

1.      *Motion by Chapter 7 Trustee for Entry of an Order Authorizing and Approving Agreement with Landlord Regarding Rejection of Lease, Surrender of Possession of Premises and Disposal of Personal Property (2950 W. Square Lake Road, Suite 101, Troy, MI 48098), together with corresponding Agreement;*

2.      *Trustee's Notice of Intent to Abandon Personal Property (2950 W. Square Lake Road, Suite 101, Troy, MI 48098);* and

3.      *Motion to Limit Notice.*

to be served via this court's CM/ECF System, electronic mail and/or first class mail, postage prepaid on the parties as indicated on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, P.C.
One Beacon Street
Boston, Massachusetts 02108
Tel: 617-423-0400
Fax: 617-423-0498
Email: kcruickshank@murphyking.com

Dated: September 4, 2020
785103

Legacy Global Sports
Service List w/25 Largest Unsecured Creditors)

## VIA CM/ECF:

- Christopher J Battaglia    lgu@halperinlaw.net, dcohen@halperinlaw.net
- Joseph S.U. Bodoff    jbodoff@rubinrudman.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Daniel C. Cohn    dcohn@murthalaw.com, lmulvehill@murthalaw.com
- Kathleen R. Cruickshank    kcruickshank@murphyking.com,
  bankruptcy@murphyking.com;rguarino@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Lawrence G. Green    lgreen@burnslev.com, ccasey@burnslev.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Mitchell J. Levine    mlevine@nairlevin.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com; pas@murphyking.com;
  ddk@murphyking.com; agl@murphyking.com; ecf-72a6723957cc@ecf.pacerpro.com
- Alex F. Mattera    amattera@pierceatwood.com, lhawe@pierceatwood.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- Kate E. Nicholson    knicholson@nicholsonpc.com, knicholson@ecf.courtdrive.com;
  ekropelin@nicholsonpc.com
- Thomas Reith    treith@burnslev.com
- Ryan D. Sullivan    rsullivan@curranantonelli.com, rsullivan@sullivan-legal.com;
  sullivanrr86948@notify.bestcase.com;adys@curranantonelli.com;cmarks@curranantonelli.com

## VIA ELECTRONIC MAIL:

- Michael Carti mikecarti4@yahoo.com
- Thomas Pinezone tpinzone3@gmail.com
- Jon Vesely jvesely@veselyonline.com
- Jen Doran jdoran@hinckleyallen.com    (Counsel to John St. Pierre)
- Sergei Zak szak@legacyglobalsports.com
- Karol Denniston karol.denniston@squirepb.com
- Chris Fernandez chris@hollandindustrialgroup.com
- John Turley john.turley@macaulaywray.com (Counsel to Northern Ireland International Youth
  Football Cup Limited)
- United States Specialty Sports Association info@usssa.com

## VIA FIRST CLASS MAIL:

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston MA  02110-1424

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

United States Attorney
John Joseph Moakley United States
Federal Courthouse  One Courthouse
Way, Suite 9200
Boston, MA 02210

Commonwealth of Mass/DOR
Bankruptcy Unit, P.O. Box 9564
100 Cambridge Street, 7th floor
Boston MA  02114-9564

Commonwealth of Massachusetts
Department of Unemployment Assistance
Legal Department, 1st Floor, Attn. Chief Counsel
19 Staniford Street, Hurley Building
Boston, MA 02114-2502

Office of the Attorney General
Commonwealth of MA
Fair Labor Division
One Ashburton Place, 18th Floor
Boston MA  02108

Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  20530-0001

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA  19101-7346

Melanee Chmiel
11494 Balsam Way
Woodbury, MN 55129

Lama Chebaclo
4511 Moorland Ave
Edina, MN 55424

Jason Murphy
85 Candia Road
Manchester, NH 03109

Paula K. Jacobi
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

The Siegfried Group, LLP
c/o Richard G. Placey
Montgomery, McCracken, Walker & Rhoads,
1105 N. Market Street, Suite 1500
Wilmington, DE 19801

The Siegfried Group, LLP
Leigh-Ann Raport, Senior Counsel
1201 N. Market Street, Ste 700
Wilmington, DE 19801

The Siegfried Group, LLP
c/o William J. Ulrich
Vice President, Legal & HR
1201 N. Market Street, Suite 700
Wilmington, DE 19801

Generation Capital LGS, LP
17 Prince Arthur Avenue
3rd Floor
TORONTO, ON M5R 1B2
**(Scheduled as Secured Creditor)**

Jefferson River Capital, LLC
1330 Avenue of the Americas
New York, NY 10019-5490
**(Scheduled as Secured Creditor)**

Jefferson River Investors I, LLC
c/o Jefferson River Capital, LLC
1330 Avenue of the Americas
New York, NY 10019-5490
**(Scheduled as Secured Creditor)**

Cortland Capital Management Services, LLC
225 West Washington Street, Suite 1450
Chicago, IL 60606
 **(Scheduled as Secured Creditor)**

Locke Lord L.L.P.
2800 Financial Plaza
Provide, RI 02903

GPS – Amex Corporate
3 World Financial Center
24th Floor
New York, NY 10281

BDO USA LLP
PO Box 642743
Pittsburgh, PA 15264-2743

ICI Headquarters Group LLC
290 Heritage Way
Portsmouth, NH 03801

Jefferson River Capital LLC
1130 Avenue of the Americas
New York, NY 10019

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

LGS Amex Corporate
3 World Financial Center
24th Floor
New York, NY 10281

GPS UK Apprenticeship Agency Limited
Unit 3 GPS House
Beenham, Reading RG7 5NF

OMF Consultoria Deportiva 2017, SL (GPS Spain
TorFX)
Carrer de Salvador Allende, 7, 2°
LA VALL D'UIXÓ SPN 12600

Hartford Insurance Company
PO BOX 660916
Dallas, TX 75266

The Fessenden School
250 Waltham Street
West Newton, MA 02465

Innovative V, LLC
1629 4th Avenue SE
Decatur, AL 35601

Massachusetts Youth Soccer Association
512 Old Union Turnpike
Lancaster, MA 01523

Robert Half Finance & Accounting
PO Box 743295
Los Angeles, CA 90074-3295

Woburn Public Schools
55 Locust Street
Woburn, MA 01801

GPS – Chase
270 Park Avenue
New York, NY 10017

Patrick Solomon Duffy LLP
101 Huntington Avenue
Boston, MA 02199

SAJE Enterprises LLC
8 Cornwall Court
East Brunswick, NJ 08816

Insight Direct USA, Inc.
6820 S. Hart Ave
Tempe, AZ 85283

Great Horn, Inc.
260 Charles Street
Waltham, MA 02453

Sport Center 481
6841 Collamer Road
East Syracuse, NY 13057

Hub Spot, Inc.
PO Box 419842
Boston, MA 02241-9842

Hilton Prague – Quinn Hotels Praha a.s.
Pobřežní 1
Prague 8
HLAVNI MESTO PRAHA, 186 00

Town of Medway
155 Village St
Medway, MA 02053