UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:

Legacy Global Sports, L.P.
    Debtor.

    _____/

Chapter 7
Case No.:20-11157
(Jointly Administered)

## ORDER RE: MOTION OF NISSAN MOTOR ACCEPTANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

Nissan Motor Acceptance Corporation ("Movant"), by and through its attorneys, Marinosci Law Group, P.C., having filed for Relief From Stay regarding personal property described as one (1) 2015 Nissan Altima, VIN 1N4AL3AP1FC441741 (the "Vehicle"), notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Movant for Relief From Stay is allowed and Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Security Agreement and applicable state and federal law, including the right to take possession of and sell the Vehicle. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _____ this _____ day of _____, 2020.

_____
U.S. BANKRUPTCY JUDGE