## UNITED STATES BANKRUPTCY COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS (BOSTON)

In re:

Legacy Global Sports, L.P.
    Debtor.

_____/

Chapter 7

Case No.:20-11157

(Jointly Administered)

## <u>NOTICE TO WAIVE 30 DAY HEARING REQUIREMENT</u>

NOW COMES Nissan Motor Acceptance Corporation ("Movant") a creditor in the above captioned Chapter 7 proceeding and states the following:

1. On December 22, 2020, Movant filed a Motion for Relief from Stay (Doc. 197).

2. Movant wishing to waive the 30-day hearing requirement of § 362.


Nissan Motor Acceptance Corporation
By its attorneys,


Date: December 22, 2020

/s/ Brian M Kiser, Esq._____
Brian M. Kiser, Esq., # 673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200

**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

In re:

Legacy Global Sports, L.P.

    Debtor.

_____/

Chapter 7

Case No.:20-11157

(Jointly Administered)

**CERTIFICATE OF SERVICE**

I, Brian M Kiser, Esq., of Marinosci Law Group, P.C., do hereby certify that on December 23, 2020, I served a copy of the Notice to Waive 30 day Hearing Requirement and supporting documents on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 22nd day of December, 2020.

           /s/ Brian M. Kiser, Esq._____
           Brian M. Kiser, Esq., #673022
           Marinosci Law Group, P.C.
           275 West Natick Road, Suite 500
           Warwick, RI 02886
           Telephone: (401) 234-9200

VIA ECF
Daniel C. Cohn, Esq., on behalf of Debtor
Jonathan Horne, Esq. on behalf of Debtor
John Fitzgerald, Esq., on behalf of the Assistant US Trustee
Harold B. Murphy, Esq., on behalf of the Trustee
Kathleen R. Cruickshank, Esq., on behalf of the Trustee
Joseph S.U. Bodoff, Esq. and Paula K. Jacobi, Esq., on behalf of Pro Hockey Development (2015), Inc;
Bay State Hockey, LLC; Super Series AAA, LLC; KMD Hockey, LLC; Lynch Hockey, LLC
Andrew G. Lizotte, Esq. on behalf of Trustee
Christopher J Battaglia, Esq., on behalf of Jefferson River Investors I LLC
Lawrence G. Green, Esq. and Thomas Reith, Esq., on behalf of Joseph M. Bradley, Peter D. Bradley
and Alexander Zecca
Anthony L. Gray, Esq., on behalf of William Brandt, Lori Brown, Kathleen Holley and Matt Snyder
Mitchell J. Levine, Esq., on behalf of CAB West LLC
Ryan D. Sullivan, Esq., on behalf of Kimberly Casper
James M. Liston, Esq. on behalf of Neil Holloway
Martin A. Mooney, Esq., on behalf of Honda Financial Services dba American Honda Finance
Corporation
Frank McGinn, Esq., on behalf of Iron Mountain Information Management, Inc.

<u>VIA US MAIL</u>

New York Premier Soccer, LLC
557 East Ridge Road
Buffalo, NY 14221

Scott Wilson
408 Summit Ave.
Westfield, NJ 07090

Jason Murphy
85 Candia Road
Manchester, NH 03109

The Siegfried Group, LLP
c/o Richard G. Placey
Montgomery, McCracken,
Walker & Rhoads,
1105 N. Market Street,
Suite 1500
Wilmington, DE 19801

Legacy Global Sports, L.P.
77 Sleeper Street
Boston, MA 02210

Melanee Chmiel
11494 Balsam Way
Woodbury, MN 55124

The Siegfried Group, LLP
c/o William J. Ulrich
Vice President, Legal &
HR
1201 N. Market Street,
Suite 700
Wilmington, DE 19801

Lama Chebaclo
4511 Morrland Ave
Edina, MN 55424

Lama Chebaclo
4511 Moorland Ave
Edina, MN 55424

Lukas Havlicek
Pod Kaplickou 378
250 72 Predboj
Czech Republic

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035

Paul E. Saperstein Co., Inc.
Auctioneers/Appraisers
c/o Michael Saperstein
148 State Street
Boston, MA 02109