

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  LEGACY GLOBAL SPORTS, L.P., *et al.,*  Debtors | Ch. 7  20-11157-JEB  Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

#275 Motion of Chapter 7 Trustee for Entry of Order Authorizing and Approving (I) Stipulation of Settlement by and Between Chapter 7 Trustee and Jefferson River Investors I, LLC; and (II) Allowance and Payment of Interim Requests for Commission, Fees and Expenses by the Trustee and His Professionals Re: [274] Stipulation of Settlement (K. Cruickshank)

**Decision set forth more fully as follows:**

Hearing held on October 28, 2021. For the reasons set forth on the record, the hearing is continued to **November 18, 2021, at 3:00 p.m.** The Trustee may file an amendment to the settlement by **November 12, 2021, at 4:30 p.m.** The amendment shall be served on all parties that filed an objection to the Motion and all parties that filed a notice of appearance. Any further objections based on the amendment may be raised at the hearing.

The hearing will be held by video. The Order Regarding Nonevidentiary Video Hearings dated **August 31, 2021**, shall govern the hearing. Any pro se parties or counsel must provide the Notice of Participation required under Paragraph II, 2 of the order by **November 16, 2021**, to the Courtroom Deputy, at Regina_Brooks@mab.uscourts.gov.

The Chapter 7 Trustee shall by **November 2, 2021**, serve a copy of this Order on (i) all parties that filed an objection to the Motion and all parties that filed a notice of appearance; and (ii) file a certificate of service. If the Chapter 7 Trustee fails to serve the pleadings or file the certificate of service, the Court will take such action as is appropriate.

Dated: 10/29/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge