## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| **In re** | **Chapter 7** |
| **LEGACY GLOBAL SPORTS, LP, et. al.,** | **Case No. 20-11157-JEB; and 20-11351 through 20-11376** *Jointly Administered Cases* |
| **Debtors** | |

### NOTICE OF FILING OF SUPPLEMENT TO
### JOINT APPLICATION OF (I) CHAPTER 7 TRUSTEE FOR ALLOWANCE OF
### INTERIM COMMISSION AND (II) MURPHY & KING, PROFESSIONAL
### CORPORATION, AS COUNSEL TO CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF
### INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT
### TO 11 U.S.C. §506(C)

**PLEASE TAKE NOTICE THAT** Harold B. Murphy, Chapter 7 Trustee of the above-captioned debtors, has filed a Supplement to the *Joint Application of (I) Chapter 7 Trustee for Allowance of Interim Commission and (II) Murphy & King, Professional Corporation, As Counsel to Chapter 7 Trustee, For Allowance of Interim Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §506(C)* [276] attached hereto as Exhibit A.

HAROLD B. MURPHY, Chapter 7 Trustee
of LEGACY GLOBAL SPORTS, LP.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, P.C.
28 State Street Suite 3101
Boston, Massachusetts 02109
Tel: 617-423-0400
Fax: 617-423-0498
Email: kcruickshank@murphyking.com

Dated: November 19, 2021

1

# EXHIBIT A

Exhibit A

**Legacy Global Sports, LP, et. al.**

**Case No. 20-11157-JEB; and 20-11351 through 20-11376 Jointly Administered Cases**

**Calculation of Trustee's Commission**

| Debtor Name | Receipts as of July 1, 2021 | Disbursements as of July 1, 2021 | Compensable Funds | 11 U.S.C. §326 Commission (based on funds to be disbursed or to be disbursed) |
|---|---|---|---|---|
| Carolina Premier Soccer, LLC 20-11365 | $ 997.56 | $ - | $ 997.56 | $ 249.39 |
| Massachusetts Premier Soccer, LLC 20-11357 | $ 16,259.70 | $ - | $ 16,259.70 | $ 2,375.97 |
| Premier Sports Events, LLC 20-11356 | $ 375,102.21 | $ - | $ 375,102.21 | $ 22,005.11 |
| Maine Premier Soccer, LLC 20-11358 | $ 375.00 | $ - | $ 375.00 | $ 93.75 |
| Legacy Global Sports, LP, et. al. 20-11157 | $ 247,701.60 | $ 29,823.92 | $ 247,701.60 | $ 15,635.05 |
| | $ 640,436.07 | $ 29,823.92 | $ 640,436.07 | $ 40,359.27 |