

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>LEGACY GLOBAL SPORTS, L.P., *et al.,*<br>Debtors | Ch. 7<br>20-11157-JEB<br><br>Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

#277 First Interim Application for Fee and Expenses of Accountant to the Trustee, Craig Jalbert, Period: 7/13/2020 to 6/30/2021, Fee: $21,470.50, Expenses: $2,116.04 (H. Murphy)

#303 Supplemental Summary of Services and Expenses of Accountants to the Trustee

**Decision set forth more fully as follows:**

Hearing held on November 18, 2021. Verdolino & Lowey shall file by **November 22, 2021,** a supplement with the missing exhibits to the Application and serve the supplement on the parties who have filed a notice of appearance. After receiving the supplement, the Court will rule on the Application.

Dated: 11/19/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge