

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  LEGACY GLOBAL SPORTS, L.P., *et al.,*  Debtors | Ch. 7  20-11157-JEB  Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

#345 Motion of Chapter 7 Trustee for Entry of Order Authorizing and Approving Stipulation of Settlement by Trustee Harold B. Murphy and Sterlington, PLLC, f/k/a Harrison Legal, PLLC (K. Cruickshank)

**Decision set forth more fully as follows:**

Hearing held. For the reasons set forth on the record, the Motion is granted and the Stipulation is approved.

Dated: 4/20/2022

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge