**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>**LEGACY GLOBAL SPORTS, L.P., et.al.**[1]<br><br>Debtor. | Chapter 7<br>Case No. 20-11157-JEB<br>Jointly Administered |

**TRUSTEE'S NOTICE OF INTENT TO ABANDON PERSONAL PROPERTY**
**(777 Mantua Grove Road, West Deptford, New Jersey 08066)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to section 554(a) of the United States Bankruptcy Code, 11 U.S.C. section 101 *et seq.* (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 6007 and Massachusetts Local Bankruptcy Rule 6007-1, Harold B. Murphy, the duly-appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estates (the "Estates") of Legacy Global Sports, L.P., et.al. (collectively, the "Debtors"), intends to abandon the estates' right, title and interest in all of the Debtors' personal property located within a 10'x 20' storage unit located at Extra Space Storage, 777 Mantua Grove Road, West Deptford, New Jersey 08066 (the "Storage Unit"), which includes, among other things, hockey uniforms, including jerseys, jackets and warm up pants of various colors and sizes, as well as bags to store gear and other related hockey paraphernalia (the "Personal Property"), on the grounds that the Personal Property is of no benefit or value to the Estates.

At the Trustee's request, a representative of the storage unit facility has provided the Trustee with photos of the Personal Property. The Trustee has reviewed the Rental Agreement for the Storage Unit, to which Legacy Global Sports, LP is a party, and is informed that the unpaid storage charges for the Storage Unit are approximately $9,000. Based upon his review of the Personal Property and his experience as a Chapter 7 trustee, the Trustee has determined that the Personal Property is of inconsequential benefit to the Estates and abandonment is appropriate pursuant to Section 554(a) of the Bankruptcy Code.

The Estates' interest in the Personal Property will be deemed abandoned unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's

---

[1] The affiliated debtors, along with the last four digits of each debtor's federal tax identification number, are as follows: (i) Legacy Global Sports, L.P., EIN #2834; (ii) LGS Management, LLC, EIN # 5401; (iii) LGS Manufacturing LLC, EIN #5305; (iv) Legacy Global Lacrosse LLC, EIN # 0161; (v) LGS Logistics LLC, EIN #6244; (vi) LGS Team Sales LLC, EIN # 6484; (vii) Premier Sports Events LLC, EIN #5407; (viii) Massachusetts Premier Soccer LLC d/b/a Global Premier Soccer, EIN # 6290; (ix) Maine Premier Soccer LLC, EIN #0740; (x) Mass Premier Soccer in New Hampshire, LLC, EIN #2958; (xi) Florida Premier Soccer LLC, EIN #0702; (xii) New York Premier Soccer LLC, EIN # 27-2451104; (xiii) Jersey Premier Soccer LLC, EIN # 0501; (xiv) GPS in Vermont LLC, EIN #3359; (xv) Rhode Island Premier Soccer LLC, EIN #2841; (xvi) Carolina Premier Soccer LLC, EIN # 46-1594047; (xvii) Georgia Premier Soccer LLC, EIN #1982; (xviii) Global Premier Soccer Puerto Rico LLC, EIN #1857; (xix) Global Premier Soccer Canada LLC, EIN # 6291; (xx) Global Premier Soccer Oregon, EIN #8242; (xxi) Global Premier Soccer California LLC, EIN #7811; (xxii) Global Premier Soccer Missouri, LLC, EIN #2782; (xxiii) Global Premier Soccer Connecticut, EIN # 6400; (xxiv) Global Premier Soccer Delaware, EIN # 4703; (xxv) Global Premier Soccer Michigan LLC, EIN # 0533; (xxvi) Global Premier Soccer Minnesota LLC, EIN # 5588; and (xxvii) Global Premier Soccer Ohio LLC, EIN #0022.

Office of the United States Bankruptcy Court, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice.

          HAROLD B. MURPHY, CHAPTER 7 TRUSTEE

          By his counsel

          /s/ Kathleen R. Cruickshank
          Kathleen R. Cruickshank (BBO #550675)
          Murphy & King, Professional Corporation
          28 State Street, Suite 3101
          Boston, MA 02108
          (617) 423-0400

Dated: January 22, 2024          Email: kcruickshank@murphyking.com

*827816*