UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: <br><br> **JERSEY PREMIER SOCCER, LLC** <br><br> Debtor. | **Chapter 7** <br> **Case No. 20-11362-JEB** |

### TRUSTEE'S NOTICE OF INTENT TO ABANDON PERSONAL PROPERTY

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to section 554(a) of the United States Bankruptcy Code, 11 U.S.C. section 101 *et seq.* (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 6007 and Massachusetts Local Bankruptcy Rule 6007-1, Harold B. Murphy, the duly-appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Jersey Premier Soccer, LLC (the "Debtor"), intends to abandon the estate's insurance refund from Wells Fargo Auto in the amount of $10.61 (the "Funds"), which is the only asset in the Debtor's Estate.

Based upon his review of the Funds and his experience as a Chapter 7 trustee, the Trustee has determined that the Funds is of inconsequential benefit to the Estate and abandonment is appropriate pursuant to Section 554(a) of the Bankruptcy Code.

The Estate's interest in the Funds will be deemed abandoned unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice.

HAROLD B. MURPHY, CHAPTER 7 TRUSTEE

By his counsel

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, MA 02108
(617) 423-0400
Dated: May 21, 2024        Email: kcruickshank@murphyking.com

*830509*